**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | Case No. 22-10580 (JKS) |
| Debtors. | Joint Administration Requested |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appear as counsel to the Investigation Subcommittee of the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc. (the "Investigation Subcommittee"), and pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 3017(a), 9007, and 9010 and 11 U.S.C. § 1109(b), request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents, filed or entered in these cases, be transmitted to:

Ryan Preston Dahl
Stephen L. Iacovo
**ROPES & GRAY LLP**
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
ryan.dahl@ropesgray.com
stephen.iacovo@ropesgray.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

Matthew L. McGinnis  
Monica Mleczko  
**ROPES & GRAY LLP**  
Prudential Tower, 800 Boylston Street  
Boston, MA 02199-3600  
Tel: (617) 951-7000  
matthew.mcginnis@ropesgray.com  
monica.mleczko@ropesgray.com  

Neither this request for notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct, shall constitute a waiver of the Investigation Subcommittee's:

    a.    right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

    b.    right to trial by jury in any proceeding as to any and all matters so triable herein, regardless of whether the same be designated a legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 (b)(2), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

    c.    right to request that the reference be withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    other rights, claims, actions, defenses, setoffs, recoupments or other matters to which the University is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

[*Text Continues on the Next Page*]

2

| | |
|---|---|
| Dated: June 30, 2022<br>Chicago, Illinois | **ROPES & GRAY LLP**<br><br>/s/ *Ryan Preston Dahl*<br>Ryan Preston Dahl<br>Stephen L. Iacovo<br>**ROPES & GRAY LLP**<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Tel: (312) 845-1200<br>Email: ryan.dahl@ropesgray.com<br>         stephen.iacovo@ropesgray.com<br><br>-and-<br><br>Matthew L. McGinnis<br>Monica Mleczko<br>**ROPES & GRAY LLP**<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199-3600<br>Tel: (617) 951-7000<br>Email: matthew.mcginnis@ropesgray.com<br>         monica.mleczko@ropesgray.com<br><br>*Counsel to The Investigation Subcommittee of the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc.* |