# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENJOY TECHNOLOGY, INC.,[1] | Case No. 22-10580 (JKS) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that the non-management board members of Enjoy Technology, Inc. (collectively, the "Non-Management Board Members"), hereby enter their appearance by and through their counsel, Weil, Gotshal & Manges LLP and Young Conaway Stargatt & Taylor, LLP, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that the Non-Management Board Members hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that the names of the undersigned representatives be added to the mailing list maintained by the Clerk in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), and that the Clerk and all other parties in interest in the Chapter 11 Cases provide all notices and all papers served on any party, filed with the Court or delivered to the Office of the United States Trustee in the Chapter 11 Cases, to all of the persons listed directly below:

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are Enjoy Technology, Inc. (6891), Enjoy Technology Operating Corp. (4543), and Enjoy Technology LLC (0230). The Debtors' headquarters are located at 3240 Hillview Avenue, Palo Alto, CA 94304.

29515301.1

| | |
|---|---|
| Ray C. Schrock, P.C. | Robert S. Brady, Esq. (No. 2847) |
| Andriana Georgallas, Esq. | Jared W. Kochenash, Esq. (No. 6557) |
| Philip L. DiDonato, Esq. | YOUNG CONAWAY STARGATT & |
| WEIL, GOTSHAL & MANGES LLP | TAYLOR, LLP |
| 767 Fifth Avenue | Rodney Square |
| New York, NY  10153-0119 | 1000 North King Street |
| Telephone:  (212) 310-8000 | Wilmington, DE 19801 |
| Facsimile:  (212) 310-8007 | Telephone:  (302) 571-6600 |
| Email:  ray.schrock@weil.com | Facsimile:  (302) 571-1253 |
| andriana.georgallas@weil.com | **CM/ECF Noticing**: |
| philip.didonato@weil.com | bankfilings@ycst.com |
| | Email: rbrady@ycst.com |
| | jkochenash@ycst.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive the Non-Management Board Members' rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Non-Management Board Members are, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Date: July 1, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>Robert S. Brady (No. 2847)<br>Jared W. Kochenash (No. 6557)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: rbrady@ycst.com<br>            jkochenash@ycst.com<br><br>-and-<br><br>Ray C. Schrock, P.C. (*pro hac vice* pending)<br>Andriana Georgallas, Esq. (*pro hac vice* pending)<br>Philip L. DiDonato, Esq. (*pro hac vice* pending)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>Email: ray.schrock@weil.com<br>            andriana.georgallas@weil.com<br>            philip.didonato@weil.com<br><br>*Counsel for the <u>Non-Management Board Members</u>* |