# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENJOY TECHNOLOGY, INC. *et al.*, | Case No. 22-10580 (JKS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Arnold & Porter Kaye Scholer LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for AT&T Services, Inc., AT&T Mobility II, LLC, and their affiliates ("AT&T") pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **ARNOLD & PORTER KAYE SCHOLER LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Brian J. Lohan | Derek C. Abbott (No. 3376) |
| 70 West Madison Street | Tori L. Remington (No. 6901) |
| Suite 4200 | 1201 North Market Street, Suite 1600 |
| Chicago, IL 60602-4231 | Wilmington, DE 19801 |
| Telephone: (312) 583-2300 | Telephone: (302) 658-9200 |
| Facsimile: (312) 583-2360 | Facsimile: (302) 658-3989 |
| Email: brian.lohan@arnoldporter.com | Email: dabbott@morrisnichols.com |
| | tremington@morrisnichols.com |
| Jonathan I. Levine | |
| 250 West 55th Street | |
| New York, NY 10019-9710 | |
| Telephone: (212) 836-8000 | |
| Facsimile: (212) 836-8689 | |
| Email: jonathan.levine@arnoldporter.com | |

**AT&T SERVICES, INC.**
**AT&T MOBILITY II, LLC and their affiliates**
James W. Grudus
One AT&T Way
Room 3A115me
Bedminster, NJ 07921
908- 234-3318
jg5786@att.com

    **PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned case (the "<u>Debtors</u>") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

    **PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of AT&T: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to

proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which AT&T is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. For the avoidance of doubt, filing this notice is not intended as, and shall not be, AT&T's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of AT&T consistent with Article III of the United States Constitution.

Dated: July 1, 2022
          Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

  */s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
Tori L. Remington (No. 6901)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@morrisnichols.com
       tremington@morrisnichols.com

and

**ARNOLD & PORTER KAYE SCHOLER LLP**
Brian J. Lohan
70 West Madison Street
Suite 4200
Chicago, IL 60602-4231
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Email: brian.lohan@arnoldporter.com

Jonathan I. Levine
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

3

Email: jonathan.levine@arnoldporter.com

*Counsel for AT&T Services, Inc., AT&T Mobility II, LLC, and their affiliates*