**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) Case No. 22-10580 (JKS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 86** |

## ORDER SHORTENING THE NOTICE AND OBJECTION
## PERIODS FOR THE DEBTORS' BIDDING PROCEDURES MOTION

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 9006, and Local Rules 6004-1(c) and 9006-1(c) and (e), (i) shortening the notice and objection periods for the Bidding Procedures Motion, filed contemporaneously herewith, (ii) scheduling the Hearing to consider the relief requested by the Bidding Procedures Motion for on or before July 17, 2022, and (iii) waiving the requirements of Local Rule 9006-1(c)(ii) and setting the deadline to file objections, if any, to the Bidding Procedures Motion as 12:00 p.m. (Eastern Time) one day prior to the Hearing, all as more fully set forth in the Motion; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that the Motion is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and it

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

RLF1 27572288v.4

appearing that venue of these Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and after due deliberation, and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent set forth herein.

2. Local Rule 9006-1(c)(ii) is hereby waived with respect to the Bidding Procedures Motion.

3. The hearing to consider the relief requested by the Bidding Procedures Motion will be held on **July \_\_\_\_, 2022 at \_\_\_\_\_:\_\_\_\_\_ (Eastern Time).**

4. Objections to the relief requested by the Bidding Procedures Motion, if any, shall be filed on or before **July \_\_\_\_, 2022 at \_\_\_\_\_:\_\_\_\_\_ (Eastern Time)**.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.