IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ENJOY TECHNOLOGY, INC.,** *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10580-JKS<br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Allen A. Etish** to represent **Pennsylvania Manufacturers' Association Insurance Company** in this action.

Dated: July 12, 2022
Wilmington, Delaware

BROWN McGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff, Esquire
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
jnimeroff@bmnlawyers.com

## CERTIFICATION

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: July 12, 2022

*/s/ Allen A. Etish*
Allen A. Etish
Earp Cohn, P.C.
20 Brace Road, 4th Floor
Cherry Hill, NJ 08034-2643
aetish@earpcohn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.