# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*[1] | Case No. 22-10580(JKS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** pursuant to 11 U.S.C. § 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101-1532, et seq. (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), Fox Rothschild LLP enters its appearance as proposed counsel to the Official Committee of Unsecured Creditors in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Bankruptcy Rules 2002(i), 3017 and 9007, the undersigned requests that copies of all notices and pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons and that such persons be added to the mailing matrix in the Bankruptcy Cases:

| | |
|---|---|
| Howard A. Cohen, Esq.<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 300<br>Wilmington, Delaware 19899-2323<br>Telephone: (302) 654-7444<br>Facsimile: (302) 656-8920<br>Email: hcohen@foxrothschild.com | Jeffrey L. Widman, Esq.<br>Fox Rothschild LLP<br>321 N. Clark St., Suite 1600<br>Chicago, IL 60654<br>Telephone: (312) 980-3807<br>Facsimile: (312) 517-9201<br>Email: jwidman@foxrothschild.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

| | |
|---|---|
| Gordon E. Gouveia, Esq. | Stephanie J. Slater, Esq. |
| Fox Rothschild LLP | Fox Rothschild LLP |
| 321 N. Clark St., Suite 1600 | 919 N. Market Street, Suite 300 |
| Chicago, IL 60654 | Wilmington, Delaware 19899-2323 |
| Telephone: (312) 980-3816 | Telephone: (302) 622-4261 |
| Facsimile: (312) 517-9201 | Facsimile: (302) 656-8920 |
| Email: ggouveia@foxrothschild.com | Email: sslater@foxrothschild.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any notices, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Dated: July 13, 2022
       Wilmington, Delaware

**FOX ROTHSCHILD LLP**

/s/ *Howard A. Cohen*
Howard A. Cohen (DE 4082)
Stephanie J. Slater (DE 6922)
919 North Market Street, Suite 300
Wilmington, DE 19899-2323
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
Email: hcohen@foxrothschild.com
Email: sslater@foxrothschild.com

    -and-

Jeffrey L. Widman (*pro hac vice* admission pending)
Gordon E. Gouveia (*pro hac vice* admission pending)
321 North Clark Street, Suite 1600
Chicago, IL 60654
Telephone: (312) 980-3816
Facsimile: (312) 517-9201
Email: jwidman@foxrothschild.com
Email: ggouveia@foxrothschild.com

*Proposed Counsel to the*
*Official Committee of Unsecured Creditors*