## EXHIBIT C

**Zoha Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) Case No. 22-10580 (JKS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## DECLARATION OF TODD ZOHA IN SUPPORT OF AMENDED MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE (I) EMPLOYMENT AND RETENTION OF AP SERVICES, LLC, (II) DESIGNATION OF TODD ZOHA AS CHIEF FINANCIAL OFFICER EFFECTIVE AS OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF

I, Todd Zoha, make this declaration (the "Declaration") pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Director of AlixPartners, LLP ("AlixPartners"), which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      I am duly authorized to execute this Declaration as an Authorized Representative of AP Services, LLC ("APS"), an affiliate of AlixPartners, and in support of the *Debtors' Motion for Entry of an Order Authorizing the (I) Employment and Retention of AP Services, LLC, (II) Designation of Todd Zoha as Chief Financial Officer Effective as of the Petition Date, and (III) Granting Related Relief* (the "Motion").[2]  This Declaration is being submitted in connection with the Motion.  Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230).  The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

## APS's Qualifications

3.    APS has a wealth of experience in providing interim management services and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors throughout the United States.

4.    APS's professionals have provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases. APS, AlixPartners, their subsidiary affiliates, and their predecessor entities have provided restructuring or crisis management services in numerous large cases. *See, e.g., In re Salem Harbor Power Development LP (f/k/a Footprint Power Salem Harbor LP)*, No. 22-10239 (MFW) (Bankr. D. Del. Apr. 19, 2022); *In re Alto Maipo Delaware LLC*, No. 21-11507 (KBO) (Bankr. D. Del. Dec. 16, 2021); *In re Riverbed Tech., Inc.*, No. 21-11503 (CTG) (Bankr. D. Del. Dec. 8, 2021); *In re Alpha Latam Mgmt.*, LLC, No. 21-11109 (JKS) (Bankr. D. Del. Sept. 15, 2021); *In re Nine Point Energy, LLC*, No. 21-10570 (MFW) (Bankr. D. Del. Apr. 20, 2021); *In re HighPoint Res. Corp.*, No. 21-10565 (CSS) (Bankr. D. Del. Apr. 13, 2021); *In re Mallinckrodt plc*, No. 20-12522 (JTD) (Bankr. D. Del. Nov. 19, 2020); *In re RGN-Grp. Holdings, LLC*, No. 20-11961 (BLS) (Bankr. D. Del. Sept. 15, 2020); *In re Skillsoft Corp.*, No. 20-11532 (MFW) (Bankr. D. Del. July 23, 2020); *In re VIP Cinema Holdings*, No. 20-10345 (MRW) (Bankr. D. Del. Mar 23, 2020); *In re Southland Royalty Co., LLC*, No. 20-10158 (KBO) (Bankr. D. Del. Feb. 27, 2020); *In re Borden Dairy Co.*, No. 20-20010 (CSS) (Bankr. D. Del. Feb. 24, 2020); *In re Blackhawk Mining LLC*, No. 19-11595 (LSS) (Bankr. D. Del. Aug. 9, 2019); *In re FTD Cos., Inc.*, No. 19-11240 (LSS) (Bankr. D. Del. July 2, 2019); *In re CTI Foods, LLC*, No. 19-10497 (CSS) (Bankr. D. Del. Apr. 8, 2019); *In re Welded Constr., L.P.*, No. 18-12378 (KG) (Bankr. D. Del. Nov. 12, 2018); *In re Heritage Home Grp., LLC*, No. 18-11736 (KG) (Bankr. D. Del. Jul. 29, 2018); *In re: Video Equip. Rental,* No. 18-10834 (KG) (Bankr. D. Del. May 22, 2018); *In re HCR Manorcare, Inc.,* No. 18-10467 (KG) (Bankr. D. Del. Mar 16, 2018); *In re Velocity Holding Co.*, No. 17-12442 (KJC) (Bankr. D. Del. Dec. 12, 2017); *In re Appvion, Inc,* No. 17-

2

12082 (KJC) (Bankr. D. Del. Oct. 30, 2017); *In re Nuverra Envtl. Solutions, Inc.,* No. 17-10949 (KJC) (Bankr. D. Del. June 5, 2017); *In re E. Outfitters, LLC*, No. 17-10243 (LSS) (Bankr D. Del. Mar. 9, 2017); *In re Basic Energy Servs., Inc.,* No. 16-12320 (KJC) (Bankr. D. Del. Nov. 18, 2016); *In re Triangle USA Petroleum Corp.*, No. 16-11566 (MFW) (Bankr. D. Del. Aug. 1, 2016); and *In re Ryckman Creek Res., LLC,* No. 16-10292 (KJC) (Bankr. D. Del. Feb. 9, 2016).

5.      I will act as the CFO for the Debtors. I received a B.S. in Mathematics and Business Administration in 1999 from Baldwin-Wallace College and a Master's degree in Business Administration in 2001 from the Weatherhead School of Management at Case Western Reserve University. I am a Certified Turnaround Professional and a Certified Insolvency and Restructuring Advisor. During the course of my career, I have served on the Certification Committee (now the Certification and Education Committee) of the Turnaround Management Association for the Chicago/Midwest Chapter. I have more than 18 years of general management and corporate restructuring experience.   I specialize in turning around underperforming companies by providing interim management services as chief restructuring officer (CRO) or chief financial officer. I have served as an advisor or interim executive in the transformation, turnaround and restructuring of numerous underperforming companies, advising management teams, boards of directors, equity sponsors, and creditor constituents. Among other aspects, I have advised companies with respect to corporate restructurings, the raising of post-petition and exit financing, the forecasting of cash flows, and development of business plans. During the course of my career, I have been involved in numerous large and complex restructurings, including, but not limited to, Mallinckrodt plc, syncreon Group B.V., Momentive Performance Materials, Inc., CEVA Logistics, Lehman Brothers Holdings Inc., SemGroup LP and Enron Creditors Recovery Corp., as well as serving as CFO at United Furniture Industries, CRO to a Midwest-based mattress retail chain; CFO to Stage Capital, restructuring advisor to a $350 million paint manufacturer and retailer and financial advisor to the Ad Hoc Committee of Unsecured Creditors

to CompUSA, a North American retailer and reseller of consumer electronics, technology products and computer services. Accordingly, I have developed significant relevant experience and expertise that will assist me in providing effective and efficient services in these Chapter 11 Cases.

6.     The individuals who will work alongside myself include Mr. John Boken, who will serve as Senior Strategic Advisor, and certain additional individuals (together, with myself and Mr. Boken, the "APS Personnel"). The APS Personnel have substantial expertise in the areas discussed above, and, if approved, will provide services to the Debtors in accordance with the Engagement Letter and applicable orders of the Court. The APS Personnel will work closely with the Debtors' management and professionals throughout the reorganization process. By virtue of the expertise of its restructuring personnel, APS is well qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases.

7.     APS performed significant prepetition work for the Debtors, and as a result has acquired significant knowledge of the Debtors and their businesses, and familiarity with the Debtors' financial affairs, debt structure, operations, and related matters. Likewise, in providing prepetition services to the Debtors, APS Personnel have worked closely with the Debtors' management and their other advisors. Accordingly, APS has experience, expertise, and specifically relevant knowledge regarding the Debtors that will assist it in providing effective and efficient services in these Chapter 11 Cases. The Debtors submit that the designation of Mr. Zoha as CFO and the retention of APS on the terms and conditions set forth herein are necessary and appropriate, in the best interest of the Debtors' estates, creditors, and all other parties in interest, and should be granted in all respects.

## Services to be Rendered

8.     APS Personnel will provide the ordinary course duties of a CFO and may work with the Debtors to do the following:

- Prepare budgets and 13-week cash forecasts and evaluate variances thereto, as required by the Debtors' debtor-in-possession ("DIP") financing lender.

4

- Direct the activities of the Debtors' finance organization, particularly in the areas of cash management, planning, general accounting, internal and external financial reporting, and information management.

- Support the Debtors' business planning processes and prepare such other related forecasts as may be required by the Debtors' DIP lender and potential transaction partners in connection with the anticipated and planned asset sale process.

- Support the Debtors' restructuring initiatives, principally the anticipated and planned sale of substantially all of the Debtors' domestic United States assets.

- Assist the Debtors' management team in taking reasonable actions to preserve operations, maintain the customer base and assembled workforce, and sustain key vendor relationships in connection with maximizing the value of the anticipated and planned asset sale transaction.

- Create and communicate materials for third-party diligence support purposes and manage the flow of information to potential acquirers in connection with the anticipated and planned asset sale process.

- Assist in developing and implementing cash management strategies, tactics and processes.

- Advise and support the Debtors' management and investment banker in the negotiation and implementation of a sale and in the evaluation of potential value preserving and enhancing strategies associated with the anticipated and planned asset sale process.

- Assist in negotiations with stakeholders and their representatives, including creditors and equity holders.

- Develop and prepare management and Board of Directors reporting materials.

- Communicate and/or negotiate with outside constituents, including potential transaction partners and their advisers.

- Evaluate and quantify claims against the Debtors and prepare related analyses to support the chapter 11 plan process.

- Assist and support in the development, negotiation, and implementation of a chapter 11 plan.

- Assist the Company with filings and other communications as may be required under the rules and regulations promulgated by the U.S. Securities and Exchange Commission (the "SEC").

- Serve in the capacity as principal financial and accounting officer for purposes of SEC disclosures.

- Assist the Debtors with such other matters as may be requested by the Company and are mutually agreeable.

5

## No Duplication of Services

9.      APS understands that the Debtors may retain additional professionals during the term of its engagement and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.   The services provided by APS will complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 Cases.

## Terms of Retention

10.      APS's decision to accept this engagement is conditioned upon its ability to be retained in accordance with its customary terms and conditions of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in Schedule 1 of the Engagement Letter (the "Fee and Expense Structure").

11.      APS's current standard hourly rates for 2022, subject to periodic adjustments, are as follows:

| Title | Hourly Rate |
|---|---|
| Managing Director | $1,060 – $1,335 |
| Director | $840 – $990 |
| Senior Vice President | $700 – $795 |
| Vice President | $510 – $685 |
| Consultant | $190 – $505 |
| Paraprofessional | $320 – $340 |

12.      AlixPartners reviews and revises its billing rates on January 1 of each year.   Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

13.     To the extent the Debtors request services related to electronic discovery and data collection, certain monthly hosting fee and consulting fees will apply, as further detailed and outlined by the Engagement letter.

14.     In addition to compensation for professional services rendered by APS Personnel, APS will seek reimbursement for all reasonable out-of-pocket expenses incurred in connection with these Chapter 11 Cases, such as travel, lodging, and meals.

15.     The Fee and Expense Structure is consistent with and typical of compensation arrangements entered into by APS and other comparable firms that render similar services under similar circumstances.  APS believes that the Fee and Expense Structure is reasonable, market-based, and designed to compensate APS fairly for its work and to cover fixed and routine overhead expenses.

16.     To the extent APS uses the services of independent contractors (the "Contractors") in these Chapter 11 Cases, APS shall:  (a) pass through the cost of such Contractors to the Debtors at the same rate that APS pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for APS; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

17.     To the extent APS requires services of its international divisions or personnel from specialized practices, the standard hourly rates for that international division or specialized practice will apply.

18.     APS will submit monthly invoices to the Debtors, and the Debtors request authority to pay, in the ordinary course of business, all reasonable amounts invoiced by APS for fees and expenses.

19.     Upon approval of the relief requested, APS will not be employed as a professional under section 327 of the Bankruptcy Code, and it will not submit fee applications pursuant to Bankruptcy Code sections 330 and 331. APS will, however, file with the Court, and provide reports of compensation earned and expenses incurred on a monthly basis ("Compensation Reports") to:  (a) the U.S. Trustee

7

(b) counsel to any statutory committee appointed in these Chapter 11 Cases; and (c) counsel to the DIP Lender (the "Notice Parties"). Such reports shall summarize the services provided and identify the compensation earned and expenses incurred by APS Personnel.

20.     APS may from time to time add or remove staff, and APS will file staffing reports that will reflect the APS Personnel that provided services on a monthly basis (each a "Staffing Report" and, collectively, the "Staffing Reports"). Staffing Reports will include the names of all full- and part-time APS Personnel involved in these Chapter 11 Cases and each individual's hourly billing rate. The Notice Parties shall have fourteen days after the date each Staffing Report is served upon them to object. The Staffing Reports and APS's staffing decisions will be subject to review by the Court in the event an objection is filed.

21.     APS often works for compensation that includes hourly-based fees and performance-based, contingent incentive compensation earned upon achieving meaningful results. APS does not seek a success fee in this matter.

22.     APS and affiliates received a retainer in the amount of $350,000 from the Debtors (the "Retainer"). According to APS's books and records, during the 90-day period prior to the Petition Date, the Debtors paid APS and affiliates $1,782,957.06 in aggregate for professional services performed and expenses incurred, including advanced payments and the Retainer.

23.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to, the Petition Date, APS may have incurred fees and reimbursable expenses that relate to the prepetition period which remain outstanding. Approval is sought from this Court for APS to apply the Retainer and/or advanced payments to these unpaid amounts. Any remaining balance of advanced payments will be added to the Retainer.

24.     APS is requesting that any balance of the Retainer constitute an evergreen retainer as security for post-petition services and expenses.  I believe that an evergreen retainer is appropriate in these Chapter 11 Cases because it reflects normal business terms in the marketplace and because APS and the Debtors are sophisticated business entities that have negotiated the Retainer at arm's length.

25.     Upon entry of an order approving the relief requested herein, the Debtors will not owe APS any sums for prepetition services.

### APS's Disinterestedness

26.     In connection with its proposed retention by the Debtors in these Chapter 11 Cases, APS undertook a complex process, the details of which are set forth in **Schedule 2**, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.  Specifically, APS obtained from the Debtors and/or their representatives a potential parties in interest list in these Chapter 11 Cases (each party a "Party in Interest", and collectively the "Parties in Interest List").  The Parties in Interest List is attached hereto as **Schedule 1.**  A search was performed for connections to each Party in Interest as to AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), and each of Holdings' U.S. and non-U.S. subsidiaries ("Holdings Enterprise", collectively, "AP").   Results for connections to the Parties in Interest List are disclosed on **Schedule 2**.

27.     Based on that review, APS represents that, to the best of its knowledge, APS knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates.

28.     APS and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of its diverse practice, APS appears in numerous cases, proceedings, and transactions involving many different attorneys, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in

9

interest in these Chapter 11 Cases.  Further, APS has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these Chapter 11 Cases. In addition, APS has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases.  Moreover, APS might have referred work to other professionals who are retained in these Chapter 11 Cases.  Likewise, certain such professionals who are retained in these Chapter 11 Cases might have referred work to APS.  To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors.

29.     From time to time, APS has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases.  As described herein, however, APS has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider or other party in interest in such unrelated matters.

30.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the APS Personnel (a) have any connection with the U.S. Trustee, or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, except as otherwise set forth **Schedule 2**.

31.     To the best of my knowledge, none of the members of the engagement team or AP is a direct holder of any of the Debtors' securities.  It is possible that members of the engagement team or certain of APS's employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other obligations.  Typically, the holders of such interests

10

have no control over investment decisions related to such investment funds or financial instruments. APS's policy prohibits its employees from personally trading in the Debtors' securities.

32.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, APS has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases.  APS will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.

33.     Certain of APS's employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

34.     Despite the efforts described above to identify and disclose the connections that AP and its affiliates have with parties in interest in these Chapter 11 Cases, because the Debtors form a large enterprise with numerous creditors and other relationships, APS is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

35.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor APS has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

11

36.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, APS nor any APS Personnel holds or represents any interest adverse to the Debtors or their estates, and APS is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that APS and its professionals and employees who will work on the engagement:

(a)     are not creditors, equity security holders, or insiders of the Debtors;

(b)     were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

(c)     do not have an interest materially adverse to the interest of the Debtors' estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

37.     If APS discovers additional information that requires disclosure, APS will promptly file a supplemental disclosure with this Court as required by Bankruptcy Rule 2014. APS reserves the right to supplement this Declaration in the event that APS discovers any facts bearing on matters described in this Declaration regarding APS's employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 13, 2022                              AP Services, LLC


By:     _/s/ Todd Zoha_____
Name: Todd Zoha
Title:   Authorized Representative

12

**<u>Schedule 1</u>**

**Potential Parties-in-Interest**

**Enjoy Technology, Inc.**
**Conflicts List**

Company Entities
Enjoy Technology, Inc. (f/k/a Marquee
Raine Acquisition Corp.)
Enjoy Technology Operating Corp
Enjoy Technology LLC
Enjoy (UK) Limited
Enjoy Technology Canada Ltd.

Former Entities
Marquee Raine Acquisition Corp.
Marquee Raine Acquisition Sponsor LP
MRAC Merger Sub Corp.
Enjoy Technology Operating Corp.

Current and Former Directors
Ron Johnson
Thomas Ricketts
Denise Young Smith
Salaam Coleman Smith
Jonathan Mariner
Brett Varsov
Gideon Yu
William Transier
Alan Carr
Anil Gandham
Brook Byers
Dillon Okner
Ettienne Brandt
Fareed Khan
Fred Harman
Julian Mack
Krystina Feilden
Kunal Malik
Melissa Bates
Michael Marks
Nick Hale
Peter Stamos
Samantha Villanueva-Meyer
Tiffany Meriweather
Tim Cawley
Tom Suiter
Cal Hoagland

Professionals
Cooley LLP
AlixPartners LLP
Centerview Partners LLP
Richards Layton & Finger PA

PIPE Investors
Brian C. Baker
D.E. Shaw Oculus Portfolios, L.L.C.
D.E. Shaw Valence Portfolios, L.L.C.
Eun Lee
Ezra Kucharz
Flow State Group II, L.P
Flow State Group, LP
Ghisallo Master Fund LP
Ilan Shalit
Iridian Eagle Fund
Jason Mendelson
John DesPrez
Kent Dauten
Merrick Venture Management
Neon Barley, LLC
Park West Investors Master Fund, Limited
Park West Partners International, Liimted
Patrick M. Gallagher
RM.MM Milennium Partners, L.P.
Robins Holdings II, LLC
Schonfeld Strategic 460 Fund LLC
Steven Galanis
Techra Investments

Holders of 1% or More of Outstanding
Common Equity Securities
King Street Capital, L.P.
Neon Barley
Riverwood Capital
LCH Enjoir L.P.
Marquee Raine Acquisition Sponsor LP
SCP Venture Fund I, L.P.
Fred Harman
Ron Johnson
L Catterton

Stamos Capital Partners
Kleiner Perkins
Oak Investment Partners
Rogers Holding
M449UNEX
ET2 Investment
Highland Capital Partners
Thomas Kent Suiter
Ghisallo
SuRo Capital

Strategic Partners
AT&T
Rogers
British Telekom
Apple

Other Parties
2020 Companies
Acosta
Ahold Delhaize
Amazon
Apple
Assurant
Asurion
AT&T
Best Buy
BT
Doordash
Google
Kroger
Meta
Rogers
Samsung
Prime Communications
Shopify
Target
T Mobile
Uber
Verizon
Walmart

Banks
Silicon Valley Bank

Insurance

James River Insurance Company
Indian Harbor Insurance Company
Pennsylvania Manufacturer's Indemnity
Insurance Company
Freedom Specialty Insurance Company
Endurance American Specialty Insurance
Company
HSB Specialty Insurance Company
XL Specialty Insurance Company
Old Republic Insurance Company
Everest National Insurance Company
Hudson Insurance Company
National Union Fire Insurance Company of
Pittsburg, Pa.
Berkshire Hathaway Specialty Insurance
Scottsdale Insurance Company
Associated Industries Insurance Company,
Inc.
Starstone Specialty Insurance Company
Alliant
CAC Specialty
First Insurance Funding
Alliant Insurance Services, Inc.
Pennsylvania Manufacturers' Association
Insurance Company
CHUBB

Utilities
Academy Fire Life Safety, LLC
ACADIAN AMBULANCE SERVICE,
INC.
Airgas USA LLC
Bravewatch Inc
GRANITE TELECOMMUNICATIONS
Protos Security
Conservice, LLC

Taxes
Jefferson County Tax Collector
Pulaski County Treasurer
Maricopa County Treasurer
Alameda County Treasurer and Tax
Collector
Fresno County Tax-Collector
Los Angeles County Tax Collector

2

Orange County Tax Collector

Sacramento County Tax Collector

San Diego County Treasurer - Tax Collector

San Mateo County Tax Collector

Santa Clara County Tax Collector

Jefferson County Treasurer

Berlin Town Tax Collector

Duval County Tax Collector

Hillsborough County Tax Collector

Miami-Dade County Tax Collector

Orange County Tax Collector

Palm Beach County Tax Collector

Dekalb County Tax Commissioner

Fulton County Tax Commissioner

Cook County Treasurer

Marion County Treasurer

Caldwell County Treasurer

Jefferson County Sheriff's Office

St Charles Parish Tax Collector

St Martin Parish Sheriff

Boston City Tax Collector

Norfolk Town Treasurer

Wilmington Town Treasurer Collector

Baltimore County Treasurer

Detroit City Tax Collector

Farmington Hills City Treasurer

Hennepin County Treasurer

Wyandotte City Treasurer

Mecklenburg County Tax Collector

Wake County Revenue Department

Union City-Hudson

Clark County Treasurer

Nyc Department of Finance

Queens Borough Treasurer

Westchester County Tax Collector

Cuyahoga County Treasurer

Franklin County Treasurer

Oklahoma County Treasurer

Tulsa County Treasurer

Multnomah County Tax Collector

Allegheny County Treasurer

Montgomery County Treasurer

Davidson County Metropolitan Trustee Collector

Shelby County Trustee

Bexar County Tax Assessor-Collector

Collin County Tax Assessor-Collector

Dallas County Tax Office

Harris County Tax Assessor-Collector

Tarrant County Tax Assessor-Collector

Travis County Tax Assessor-Collector

Salt Lake County Treasurer

Fairfax County Treasurer

King County Treasury

Milwaukee City Treasurer

Internal Revenue Service

Alaska Department of Revenue

Alabama Department of Revenue

Arizona Department of Revenue

Arkansas Department of Finance and Administration - Corporate Income Tax

Arkansas Department of Finance and Administration - Corporate Income Tax

Arkansas Department of Finance and Administration - Sales and Use Tax

Arizona Department of Revenue

Arizona Department of Revenue

Arizona Department of Revenue

Arkansas Department of Finance and Administration - Sales and Use Tax

Wisconsin Department of Revenue

Colorado Department Of Revenue

Iowa Department of Revenue

3

Connecticut Department of Revenue Services

District of Columbia Office Of Tax And Revenue

Tennessee Department of Revenue

Florida Department of Revenue

Hawaii State Department of Taxation

Hawaii State Department of Taxation

Iowa Department of Revenue

Georgia Department of Revenue

California State Board of Equalization

Colorado Department of Revenue

Kansas Department of Revenue

Connecticut Department of Revenue Services

Kentucky Department of Revenue

Colorado Department of Revenue

Oklahoma Tax Commission General Counsel's Office

Massachusetts Department of Revenue

Alabama Department of Revenue

Minnesota Department of Revenue

California State Board of Equalization

Michigan Department of Treasury

Alabama Department of Revenue

Indiana Department of Revenue

Office of State Tax Commissioner

Nebraska Department of Revenue

Nebraska Department of Revenue

New Hampshire Department of Revenue Admin.

Arkansas Department of Finance and Administration

New Mexico Taxation and Revenue Dept.

Nevada Department of Taxation

New York State Dept. Of Taxation and Finance

Ohio Department of Taxation

Kansas Department of Revenue General Counsel's Office

Oregon Dept of Revenue

Pennsylvania Dept. of Revenue

State Of Rhode Island Div. of Taxation

South Carolina Dept. of Revenue

South Dakota Department of Revenue

Alaska Department of Revenue

Louisiana Department of Revenue

Utah State Tax Commission

Virginia Department of Taxation

Vermont Department of Taxes

Kentucky Department of

Florida Department of Revenue

Comptroller of Maryland

West Virginia Department of Revenue

Wyoming Department of Revenue

<u>Landlords</u>
Kelly Gordon Company, LP.
Prologis, L.P.
SPG JFK ll LLC
PPF Industrial 10601 Franklin Avenue, LLC
BALCO PROPERTIES, LTD.
ICRE REIT Holdings
Boca Industrial Park, Ltd
King 575 University LLC
Springfield South, LLC
Flight Facilities, Inc.
IC INDUSTRIAL REIT
Olen Commercial Realty Corp.
535 W Germantown Ltd.
Edwards-Holmgren Associates, LLC.
DR NYIP JV LLC - NYIP Owner II LLC
DG Industrial Portfolio I, L.P.
Western B East, LLC DBA Icon Owner
Pool 1 Texas, LLC
Park Centre Partners LLC
BCI IV Colony Crossing LP
First Industrial Financing Partnership, L.P.
Golden Gate Drywall
917 & 925 West Hyde Park Properties, LLC

4

23035 Commerce Drive LLC
Harsch Investment Properties, LLC
SL5 ATX Industrial, LP
Dogwood Holdings LP
Prologis USLV Subreit 4, LLC
Kew Management Corporation
Atlantic Oliver Ballardvale LLC
143 Mallard Street LLC DBA Briar Meads
Capital Trust
Eastgroup Properties LP
Clearbrook Cross LLC
Riverbend Business Park, LLC
ALP-ARC II Tampa I Property Company,
LLC
SOF-XII U.S. NRE Holdings LP DBA
Kyrene Property Owner, L.P.
Tarheel Drive Properties LLC
HIPP Investments, North Carolina LLC
Vincent J Brescia Realty L.L.C.
Hill Management Serviced, Inc.
Buchanan Station Partners, G.P.
Group IV 700-900, LLC
The Vollman Company
Tappan Properties Limited Partnership
Bangerter Pointe Enterprises, LLC
Sloan Summit Partners, LLC
Daus Fruehauf II, LLC
BLR Properties I, LLC
CPG Oxmoor III
Grisham Investments
Carleen Dadisman
PFJ, LLC
Samdoz, Inc.
1301 Cornell, LLC
SL Project Texas 2 LP.
Liberty Capital Partners III LLC
Brookfield Commerce Center, LLP
John Neil Snodgrass
Smart Rentals LLC
ZRP Directors Row LLC
H & M Holdings, LLC
Investco Limited, LLC, Series 8
BPS Two Pack JV, LLC
Center Denver Industrial Associates Ltd
RBL Lynn I LLC

Current and Former Major Secured Lenders
Ron Johnson
Blue Torch Finance, LLC
TriplePoint Venture Growth BDC
Corporation

Parties and Counsel to Material Pending
Litigation
Drybern IV, LTD.
The Hartford Financial Services Group
Florida Commission on Human Relations
Equal Employment Opportunity
Commission
Protection Law Group
Abramson Law Group
Garan Lucow Miller P.C.
Testan Law

Other Significant Professionals
Ropes & Gray LLP
Weil, Gotshal & Manges LLP
Pricewaterhouse Coopers LLP
Deloitte & Touche LLP
The Abernathy MacGregor Group, Inc.
Latham & Watkins LLP
Gordon Rees Scully Mansukhani, LLP
Starr Finley LLP
VPTax, Inc.
Winston & Strawn, LLP
FTI Consulting, Inc.
Morris, Nichols, Arsht & Tunnell LLP
Osler, Hoskin & Harcourt LLP

Major Suppliers, Vendors, and Other Parties
MAP, Inc
TEG Staffing, Inc.
AT&T Mobility
Management Resource Systems, Inc
First Call Resolution, LLC
CFGI Holdings, LLC
BankDirect Capital Finance
Terry Adams, Inc.
Zendesk, Inc.
Donnelley Financial, LLC
Amazon Web Services, Inc.
Veritas Managed Solutions, Inc

Oracle America Inc
W Services Group, LLC
Linkedin Corporation
Nasdaq, Inc
Tangerine Promotions
Xoriant Corporation
MAAYEE, INC.
ULINE
Hathority LLC
Pipp Mobile Storage Systems Inc.
FLG Partners, LLC
Transmedik Specialized Inc.
GSD Industries LLC
Google Inc.
Acadian Ambulance Service, Inc.
Apps Associates LLC
Apple Financial Services Powered by De
Lage Landen Financial Services
SHI International Corp.
Granite Telecommunications
Countsy, Inc.
Kronos Incorporated
Boomi
Bravewatch Inc
3 Bridge Networks LLC
Twilio, Inc.
CT Corporation
LeaseQuery, LLC
WithumSmithBrown, PC
Invers Mobility Solutions Inc.
KISI, INC
Zoom Video Communications, Inc.
Rarestep, Inc. dba Fleetio
JR Consulting, LLC
CloudPay Solutions Inc
Tableau Software, Inc.
Wundercar Mobility Solutions GmbH
Slack Technologies, Inc
CDW
Marcia F. Gauger dba Impact Sales Training
LLC
ServiceNow Inc.
Indeed Inc
Vetty Inc.
Greenhouse Software, Inc.
Absorb Software Inc

Welocalize, Inc.
EKATA
Terralogic Solutions, Inc.
Reciprocity, Inc
RAE Security, Inc.
Morgan Stanley Domestic Holdings, Inc.
dba Solium Capital LLC
Concur Technologies, Inc.
Wex Health, Inc
ADP, LLC

United States Bankruptcy Judges in the
District of Delaware
The Honorable Ashley M. Chan
The Honorable John T. Dorsey
The Honorable Karen B. Owens
Judge Brendan L. Shannon
Judge Laurie Selber Silverstein
Chief Judge Christopher S. Sontchi
Judge Mary F. Walrath

United States Trustees for the District of
Delaware and Key Staff Members
Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jane Leamy
Hannah Mccollum
James R. O'malley
Michael Panacio
Linda Richendorfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
T. Patrick Tinker
Ramona Vinson
Dion Wynn
Denis Cooke
Nyanquoi Jones

Joseph Mcmahon
Rosa Sierra
David Villagrana

271221886 v5

### Schedule 2

### AP Services, LLC's Disinterestedness

- In connection with the proposed employment and retention of AP Services, LLC ("APS") by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth below, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.

  AlixPartners Holdings, LLP, AlixPartners' parent company ("Holdings"), directly or indirectly owns Holdings' U.S. and non-U.S. subsidiaries (collectively, the "Holdings Enterprise"). The equity capital of Holdings is owned by the following investors:

  (i)     Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other trusts established by Jay Alix (collectively the "Lakeview Parties");

  (ii)    Caisse de dépôt et placement du Québec ("CDPQ");

  (iii)   Investcorp Holdings B.S.C. ("IVC");

  (iv)    Public Sector Pension Investment Board ("PSP"); and

  (v)     current and certain former Managing Directors of AP (as defined below) and their individual and family trusts, as well as certain other individuals, including current members of the Boards (as hereinafter defined) and employees of the Lakeview Parties, and their individual and family trusts.

  (Collectively, (i) – (v) above are hereinafter referred to as the "Investors", and the subset (ii) – (iv) above are hereinafter referred to as the "Institutional Investors").

  Holdings and AlixPartners, each have a board of directors (together, the "Boards"). No individual or entity controls either of the Boards.  Designees of each of the Investors (i) – (iv) above serve as members of the Boards. The Holdings Enterprise does not invest in distressed assets of any class, nor does it have any investment affiliates.

  CDPQ is one of Canada's largest institutional investment managers.  It manages investments on behalf of most of Quebec Canada's public and parapublic pension and insurance funds. CDPQ invests globally in numerous industries.

  IVC is a leading global provider and manager of alternative investment products.

  PSP is one of Canada's largest pension investment managers. It invests funds for the pension plans of the Public Service, the Canadian Armed Forces, the Royal Canadian Mounted Police and the Reserve Force. PSP manages a diversified global portfolio in numerous industries throughout the world.

  The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

In addition to their investments in Holdings, the Institutional Investors have substantial investments unrelated to AlixPartners.

The Boards are not involved in the delivery of client services and their members do not have access to client files, except for a minority of members of the Boards that are AlixPartners employees. As a precautionary matter, AlixPartners maintains information barriers and guidelines designed to prevent certain confidential client information, including the names of clients likely to be involved in a not-yet-filed case under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors (including, before the filing of these Chapter 11 Cases, the fact that AlixPartners was about to undertake an assignment involving the Debtors) has been or will be furnished by AlixPartners to the Investors or their Board designees, and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. Each Investor is independent of each other Investor and is governed by its own board of directors or similar body and managed by its own management team.  AlixPartners operates independently and does not share employees, officers or other management with any of the Investors. AlixPartners and each of the Investors have separate offices in separate buildings, use separate internet email addresses, and do not otherwise share IT systems.

AlixPartners has one database where connections are stored for all entities in the Holdings Enterprise. The process for the preparation of disclosures is as follows: upon receipt of a potential parties in interest list from Debtors and/or their representatives (the "Parties in Interest List"), all such parties are input to the database by team members familiar with the database.  A report of the "hits" is generated, and the team members review those "hits" for connections. Where there is a connection, a disclosure is drafted. After the team completes draft disclosures, the disclosures are reviewed by an in-house bankruptcy attorney. The attorney coordinates with the team to finalize the disclosures, which are then reviewed by the engagement AlixPartners managing director. These initial disclosures (the "Initial Disclosures") are thereafter filed with the Bankruptcy Court as part of the retention pleadings.

Promptly thereafter, a bankruptcy paralegal in the firm uses the Initial Disclosures and the parties in interest list to draft a firmwide email for each bankruptcy filing, including the Debtors' cases. This email is sent to every firm employee as well as the members of the Boards and the Lakeview Parties.  The firmwide email requests each recipient to review the attached file that includes the parties in interest and corresponding disclosures, and  asks that every recipient: (a) contact the legal department in the event that they have a connection or relationship with an interested party that is not included in our disclosures; (b) if they have a connection or relationship with an interested party that is included in our disclosures, confirm that it is accurately described; and (c) contact the legal department if they own securities of the Debtors. Members of the legal team review all email responses and draft any supplemental disclosures appropriate to reflect information received in response to the firmwide email. After the review process described in the immediately

2

preceding paragraph, supplemental disclosures are thereafter filed with the Bankruptcy Court.

After the Initial Disclosures are filed with the Bankruptcy Court, AlixPartners also provides the names of the Debtors, their owners/investors, lenders and, on a case-by-case basis, other named entities (collectively, the "Investor Search Parties"), to the Institutional Investors, and requests that each Institutional Investor run a check of the Investor Search Parties across all investment portfolios including, upon reasonable investigation, (i) private and public funds, (ii) loan positions, and (iii) known positions across CLO holdings (all of the foregoing subject to the exceptions listed below, the "Investor Connections Check"). The exceptions to the Investor Connections Check are (i) investments over which the Institutional Investors do not possess actual investment authority and discretion ("direct control"), (ii) index replication position, (iii) investments owned in separate accounts managed by independent parties not affiliated with the Institutional Investors, and (iv) pooled investment vehicles in which the Institutional Investors do not exercise actual control or in which the Institutional Investors do not have visibility sufficient to ascertain such vehicle's investments. Members of the legal team review all responses received from the Institutional Investors and draft disclosures appropriate to reflect information received from the Institutional Investors that, following review, are filed with the Bankruptcy Court.

Upon receipt of the responses from the Institutional Investors to the Investor Connections Check, AlixPartners will file any supplemental disclosures which may be required.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Institutional Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these Chapter 11 Cases. Based on, among other things, the business separation between each of the Investors and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to any such engagement.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the Investors may have with the Investor Search Parties, the Debtors and their affiliates, and other parties in interest in these Chapter 11 Cases.

Specifically, AlixPartners obtained from the Debtors and/or their representatives the Parties in Interest List, which is attached hereto as Schedule 1 and conducted a search for connections in accordance with the procedures set forth above.

AlixPartners represents that, to the best of its knowledge, it knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates, and furthermore wishes to the disclose the following with respect to the Holdings Enterprise (collectively, "AP", unless otherwise noted):

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "Term Loans"), as well as a Revolving Credit Facility.

  Bank of America, N.A. serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors. Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "Fund Managers") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors. The identities of the investors in the pools cannot be ascertained by AP. The Term Loans are actively traded. Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly. On a monthly basis, AP reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases. As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of the combined US-denominated and Euro-denominated Term Loans. In the event that any entity accumulates a 10% or greater interest in the combined US-denominated and Euro-denominated Term Loans, AP will disclose the name of such entity.

  The participants in the Revolving Credit Facility are Bank of America, N.A., Credit Suisse, Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("IRS") is a current and former AP client in matters unrelated to the Debtors. The IRS is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. The IRS is a former employer of a current AP employee.

- The United States Department of Justice ("DOJ"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the Debtors. The DOJ is a litigation party, adverse litigation party, lessor and professional to current and former AP clients in matters unrelated to the Debtors.

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

  o AT&T and AT&T Mobility, suppliers, vendors or other parties and strategic partners to the Debtors and a party in interest in this bankruptcy matter, are vendors to an AP investor or one of its affiliates.

4

- o Chubb, an insurance provider to the Debtors, is a vendor to an AP investor or one of its affiliates.

- o Cooley LLP, a professional in this bankruptcy matter, is a current or former legal services provider to an AP investor or one of its affiliates.

- o Pricewaterhouse Coopers LLP is a professional in this bankruptcy matter. An AP Board member and an employee of one of his affiliates are former employees of PwC.

- o Ropes & Gray LLP, a professional in this bankruptcy matter, is a current or former legal services provider to an AP investor or one of its affiliates.

- ADP, LLC ("ADP"), a supplier, vendor or other party to the Debtors, is a professional and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. ADP is a former employer of current AP employees. ADP is a vendor to AP.

- Ahold Delhaize, a party in interest in this bankruptcy matter, and affiliates are adverse litigation parties, litigation parties and lessors to current AP clients in matters unrelated to the Debtors.

- Airgas USA LLC, a utility provider to the Debtors, and affiliates ("Airgas") are adverse litigation parties and lienholders to current and former AP clients in matters unrelated to the Debtors. Airgas is a vendor to AP.

- Alan Carr, a director to the Debtors, is a director and officer to current and former AP clients in matters unrelated to the Debtors.

- Alliant and Alliant Insurance Services, Inc., insurance providers to the Debtors, are bondholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Amazon and Amazon Web Services, Inc., suppliers, vendors or other parties to the Debtors and parties in interest in this bankruptcy matter, and affiliates ("Amazon") are adverse litigation parties to current AP clients in matters unrelated to the Debtors. Amazon is a current AP client in matters unrelated to the Debtors. Amazon is a former employer of current AP employees. Amazon is a vendor to AP.

- Apple and Apple Financial Services Powered by De Lage Landen Financial Services, suppliers, vendors or other parties and strategic partners to the Debtors and parties in interest in this bankruptcy matter, and affiliates ("Apple") are investors, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Apple is a former AP client in matters unrelated to the Debtors. Apple is a vendor to AP.

- Arizona Department of Revenue, a taxing authority to the Debtors, is a bondholder, lender and litigation party to former AP clients in matters unrelated to the Debtors.

5

- Assurant, a party in interest in this bankruptcy matter, is an adverse litigation party and lender to current and former AP clients in matters unrelated to the Debtors.

- Asurion, a DIP lender to the Debtors, is a former employer of a current AP employee.

- AT&T and AT&T Mobility, suppliers, vendors or other parties and strategic partners to the Debtors and parties in interest in this bankruptcy matter, and affiliates ("AT&T") are related parties, director-affiliated companies, joint venture parties, lessor and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. AT&T is a former AP client in matters unrelated to the Debtors. AT&T was a member of the UCC represented by AP in Windstream Holdings, Inc., Fusion Connect, Inc., and Forever 21, Inc., bankruptcy matters unrelated to the Debtors. AT&T is a vendor to AP.

- Berkshire Hathaway Specialty Insurance, an insurance provider to the Debtors, and affiliates ("Berkshire Hathaway") are bondholders, investors, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Berkshire Hathaway is a current AP client in matters unrelated to the Debtors. Berkshire Hathaway is an insurance provider to AP.

- Best Buy, a party in interest in this bankruptcy matter, and affiliates are lessors to former AP clients in matters unrelated to the Debtors. Best Buy is a former employer of a current AP employee.

- Blue Torch Finance, LLC, a lender to the Debtors, and affiliates are lenders to current and former AP clients in matters unrelated to the Debtors.

- Boomi, a supplier, vendor or other party to the Debtors, is a vendor to AP.

- British Telecom and BT, strategic partners and landlords to the Debtors, and affiliates ("BT") are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. BT is a current and former AP client in matters unrelated to the Debtors. BT is a vendor to AP.

- CAC Specialty, an insurance provider to the Debtors, is a bondholder to a former AP client in matters unrelated to the Debtors.

- CDW, a supplier, vendor or other party to the Debtors, is a current and former AP client in matters unrelated to the Debtors. CDW is a vendor to AP.

- Centerview Partners LLP, a professional in this bankruptcy matter, is a lessor, investment banker, lender and professional to current and former AP clients in matters unrelated to the Debtors.

- Chubb, an insurance provider to the Debtors, and affiliates are bondholders, litigation parties, adverse litigation parties and investors to current and former AP clients in matters unrelated to the Debtors. Chubb is a current and former AP client in matters unrelated to the Debtors. AP has a group insurance program in place for all U.S. managing directors

6

and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates. Chubb is an insurance provider to AP.

- Concur Technologies, Inc., a supplier, vendor or other party to the Debtors, is a vendor to AP.

- Cooley LLP ("Cooley"), a professional in this bankruptcy matter, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors. Cooley is a current and former AP client in matters unrelated to the Debtors. Cooley is a former employer of a current AP employee.

- CT Corporation, a supplier, vendor or other party to the Debtors, is a lender, lienholder and professional to current and former AP clients in matters unrelated to the Debtors. CT Corporation is a former employer of a current AP employee. CT Corporation is a vendor to AP.

- D.E. Shaw Oculus Portfolios, L.L.C. and D.E. Shaw Valence Portfolios, L.L.C., PIPE investors to the Debtors, and affiliates ("D.E. Shaw") are bondholders, lenders and shareholders to current and former AP clients in matters unrelated to the Debtors. D.E. Shaw is a former AP client in matters unrelated to the Debtors.

- Deloitte & Touche LLP ("Deloitte"), a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors. Deloitte is a former AP client in matters unrelated to the Debtors. Deloitte is a former employer of current AP employees. Deloitte is a vendor to AP.

- Donnelley Financial, LLC, a supplier, vendor or other party to the Debtors, is an adverse litigation party and professional to current and former AP clients in matters unrelated to the Debtors.

- Eastgroup Properties LP, a landlord to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Endurance American Specialty Insurance Company, an insurance provider to the Debtors, and affiliates ("Endurance") are bondholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors. Endurance is a former AP client in matters unrelated to the Debtors. Endurance is an insurance provider to AP.

- Enjoy (UK) Limited, a company entity in this bankruptcy matter, is a current AP client in a matter unrelated to these Chapter 11 Cases.

- Equal Employment Opportunity Commission, a litigation party to the Debtors, is a lienholder, adverse litigation parties and litigation parties to former AP clients in matters unrelated to the Debtors.

7

- Everest National Insurance Company, an insurance provider to the Debtors, and affiliates ("Everest") are bondholders, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Everest is an insurance provider to AP.

- First Insurance Funding, an insurance provider to the Debtors, is a lender to a current AP client in matters unrelated to the Debtors.

- FLG Partners, LLC, a supplier, vendor or other party to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

- Florida Department of Revenue, a taxing authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Fred Harman is a director and outstanding common equity security holder to the Debtors. A Fredric Harman is an officer to a former AP client in matters unrelated to the Debtors. It is unclear whether this is the same individual.

- Freedom Specialty Insurance Company, an insurance provider to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- FTI Consulting, Inc. ("FTI"), a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.  FTI is a current AP client in matters unrelated to the Debtors.  FTI is a former employer of current AP employees.

- Garan Lucow Miller P.C., counsel to material pending litigation parties in this bankruptcy matter, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Google and Google Inc., suppliers, vendors or other parties to the Debtors in this bankruptcy matter, and affiliates ("Google") are lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Google is a current and former AP client in matters unrelated to the Debtors.  Google is a former employer of a current AP employee.

- Gordon Rees Scully Mansukhani, LLP, a professional in this bankruptcy matter, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Greenhouse Software, Inc., a supplier, vendor or other party to the Debtors, is a vendor to AP.

- Harsch Investment Properties, LLC, a landlord to the Debtors, is a lessor to current and former AP clients in matters unrelated to the Debtors.

8

- Highland Capital Partners, outstanding common equity security holders to the Debtors, are bondholders and litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Hill Management Serviced, Inc., a landlord to the Debtors, is a lessor and litigation party to former AP clients in matters unrelated to the Debtors.

- ICRE REIT Holdings, a landlord to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Indian Harbor Insurance Company, an insurance provider to the Debtors, is an adverse litigation party to a current AP client in matters unrelated to the Debtors.

- James River Insurance Company, an insurance provider to the Debtors, is a lender and litigation party to current and former AP clients in matters unrelated to the Debtors.

- King Street Capital Management, L.P., an outstanding common equity security holder to the Debtors, and affiliates are bondholders, lenders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.

- Kroger, a party in interest  in this bankruptcy matter, and affiliates are litigation parties, adverse litigation parties, shareholders and director-affiliated companies to current and former AP clients in matters unrelated to the Debtors.

- Kronos Incorporated, a supplier, vendor or other party to the Debtors, is an associated company to a former AP client in matters unrelated to the Debtors.

- L Catterton, an outstanding common equity security holder to the Debtors, and affiliates are bondholders and parent companies to former AP clients in matters unrelated to the Debtors.

- Latham & Watkins LLP ("Latham"), a professional in this bankruptcy matter, is a professional, counsel, lessor and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Latham is a current and former AP client in matters unrelated to the Debtors.  Latham is a former employer of a current AP employee.

- LinkedIn Corporation, a supplier, vendor or other party to the Debtors, and affiliates ("LinkedIn") are professionals to a former AP client in matter unrelated to the Debtors. LinkedIn is a vendor to AP.

- Louisiana Department of Revenue, a taxing authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- Meta, a party in interest in this bankruptcy matter, and affiliates ("Meta") are adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to Debtors. Meta is a current AP client in matters unrelated to the Debtors.

9

- Miami-Dade County Tax Collector, a taxing authority to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Morgan Stanley Domestic Holdings, Inc. dba Solium Capital LLC, a supplier, vendor or other party to the Debtors, and affiliates ("Morgan Stanley") are associated companies, bondholders, investors, lenders, lessors, lienholders, adverse litigation parties, litigation parties, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors.  Morgan Stanley is a current and former AP client in matters unrelated to the Debtors.  Morgan Stanley is a former employer of current AP employees. Morgan Stanley was a member of the UCC represented by AP in 24 Hour Fitness Worldwide, Inc., a former bankruptcy matter unrelated to the Debtors.

- Morris, Nichols, Arsht & Tunnell LLP ("Morris Nichols"), a professional in this bankruptcy matter, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Morris Nichols is a current and former AP client in matters unrelated to the Debtors.  Morris Nichols is a former legal services provider to AP.

- Nasdaq, Inc, a supplier, vendor or other party to the Debtors, and affiliates ("Nasdaq") are adverse litigation parties and professionals to current and former AP clients in matters unrelated to the Debtors.  Nasdaq is a current AP client in matters unrelated to the Debtors.

- National Union Fire Insurance Company of Pittsburg, Pa., an insurance provider to the Debtors, is a bondholder, adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Nevada Department of Taxation, a taxing authority to the Debtors, is a bondholder to former AP clients in matters unrelated to the Debtors.

- New York State Dept. of Taxation and Finance, a taxing authority to the Debtors, is an adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Oak Investment Partners, an outstanding common equity security holder to the Debtors, is a shareholder and adverse litigation party to former AP clients in matters unrelated to the Debtors.

- Ohio Department of Taxation, a taxing authority to the Debtors, is a lienholder and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Old Republic Insurance Company, an insurance provider to the Debtors, is an adverse litigation party and litigation party to current and former AP clients in matters unrelated to the Debtors.

- Oracle America Inc, a supplier, vendor or other party to the Debtors, and affiliates ("Oracle") are professionals to a current AP client in matters unrelated to the Debtors. Oracle is a former AP client in matters unrelated to the Debtors.  Oracle is a vendor to AP.

- Osler, Hoskin & Harcourt LLP, a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Pennsylvania Dept. of Revenue, a taxing authority to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors.

- PPF Industrial 10601 Franklin Avenue, LLC, a landlord to the Debtors, and affiliates are lessors to a former AP client in matters unrelated to the Debtors.

- Pricewaterhouse Coopers LLP ("PwC"), a professional in this bankruptcy matter, is a related party, adverse litigation party, litigation party and professional to current and former AP clients in matters unrelated to the Debtors.  PwC is a current and former AP client in matters unrelated to the Debtors.  PwC is a former employer of current AP employees.  PwC is a vendor to AP.

- Prologis USLV Subreit 4, LLC and Prologis, L.P., landlords to the Debtors, and affiliates ("Prologis") are lessors to current and former AP clients in matters unrelated to the Debtors. Prologis is a current AP client in matters unrelated to the Debtors.

- Richards Layton & Finger PA ("Richards Layton"), a professional in this bankruptcy matter, is a professional, lessor, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.  Richards Layton is a former AP client in matters unrelated to the Debtors.  Richards Layton is a current legal services provider to AP.

- RM.MM Millennium Partners, L.P. a PIPE investor to the Debtors, and affiliates ("Millennium Partners") are litigation partners to a former AP client in matters unrelated to a Debtors.  Millennium Partners is a former AP client in matters unrelated to the Debtors.

- Ron Johnson is a director, current lender and outstanding common equity security holder to the Debtors.  A Ron Johnson is a lessor to a current AP client in matters unrelated to the Debtors.  It is unclear whether this is the same individual.

- Ropes & Gray LLP ("Ropes & Gray"), a professional in this bankruptcy matter, is a professional, adverse litigation party and counsel to current and former AP clients in matters unrelated to the Debtors.  Ropes & Gray is a current and former AP client in matters unrelated to the Debtors.  Ropes & Gray is a former employer of a current AP employee.

- Samsung, a party in interest in this bankruptcy matter, and affiliates are adverse litigation parties, litigation parties and joint venture parties to current and former AP clients in matters unrelated to the Debtors.  Samsung is a former AP client in matters unrelated to the Debtors.  Samsung is a former employer of a current AP employee.

- Scottsdale Insurance Company, an insurance provider to the Debtors, is an adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- ServiceNow Inc., a supplier, vendor or other party to the Debtors, is a vendor to AP.

11

- SHI International Corp., a supplier, vendor or other party to the Debtors, is a vendor to AP.

- Silicon Valley Bank, a banking service provider to the Debtors, is a professional and lender to former AP clients in matters unrelated to the Debtors.

- T Mobile, a party in interest in this bankruptcy matter, and affiliates are related parties, litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors.  T Mobile is a current and former AP client in matters unrelated to the Debtors.

- Target, a party in interest in this bankruptcy matter, and affiliates are director-affiliated companies, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Target is a current AP client in matters unrelated to the Debtors.  Target is a former employer of current AP employees.

- Testan Law, counsel to material pending litigation parties in this bankruptcy matter, and affiliates are professionals to a former AP client in matters unrelated to the Debtors.

- The Abernathy MacGregor Group, Inc., a professional in this bankruptcy matter, is a professional to current and former AP clients in matters unrelated to the Debtors.

- The Hartford Financial Services Group, a litigation party to the Debtors, and affiliates ("The Hartford") are lienholders, bondholders, adverse litigation parties, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors.  The Hartford is a current and former AP client in matters unrelated to the Debtors.  The Hartford is an insurance provider to AP.

- Uber, a party in interest  in this bankruptcy matter, is a current and former AP client in matters unrelated to the Debtors.

- ULine, a supplier, vendor or other party to the Debtors, is a lienholder to a current AP client in matters unrelated to the Debtors.  ULine is a vendor to AP.

- Verizon, a party in interest in this bankruptcy matter, and affiliates are related parties, parent companies, litigation parties, lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Verizon is a former AP client in matters unrelated to the Debtors.  Verizon is a vendor to AP.

- Walmart, a party in interest in this bankruptcy matter, and affiliates are bondholders, lessors, adverse litigation parties and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Walmart is a current and former AP client in matters unrelated to the Debtors.  Walmart is a former employer of a current AP employee.

- Weil, Gotshal & Manges LLP ("Weil"), a professional in this bankruptcy matter, is a professional, counsel and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.  Weil is a current and former AP client in matters unrelated to the Debtors.  Weil is a current legal services provider to AP.

- Welocalize, Inc. ("Welocalize"), a supplier, vendor or other party to the Debtors, is a related party to a former AP client in matters unrelated to the Debtors. Welocalize is a former AP client in matters unrelated to the Debtors.

- Western B East, LLC DBA Icon Owner Pool 1 Texas, LLC, a landlord to the Debtors, and affiliates are lessors to a current AP client in matters unrelated to the Debtors.

- William Transier, a director to the Debtors, is a director and officer to current and former AP clients in matters unrelated to the Debtors.

- Winston & Strawn, LLP ("Winston"), a professional in this bankruptcy matter, is a professional, counsel, opposing counsel and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. Winston is a current and former AP client in matters unrelated to the Debtors. Winston is a former employer of a current AP employee.

- XL Specialty Insurance Company, an insurance provider to the Debtors, and affiliates ("XL") are bondholders, litigation parties, lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. XL is a current AP client in matters unrelated to the Debtors. XL is an insurance provider to AP.

- Zoom Video Communications, Inc., a supplier, vendor or other party to the Debtors, is a vendor to AP.