**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x

In re:

    ENJOY TECHNOLOGY, INC., *et al.*[1],

        Debtors.

---------------------------------------------------------- x

   :   Chapter 11
   :
   :   Case No. 22-10580 (JKS)
   :
   :   (Jointly Administered)
   :
   :   **Hearing Date: 7/21/22 at 3:30 p.m.**
   :   **Objections Due: 7/15/22 at 4:00 p.m.**

**CERTIFICIATE OF SERVICE**

I hereby certify that on July 15, 2022, I caused the United States Trustee's Objection to the Motion of Debtors for Entry of an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts (D.I. 86) to be served *via* email upon the parties listed below and through the CM/ECF notification system to all duly registered parties thereto.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230).  The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

Daniel J. DeFranceschi, Esq. (No. 2732)
Paul N. Heath, Esq. (No. 3704)
Brendan J. Schlauch, Esq. (No. 6115)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: defranceschi@rlf.com
Email: heath@rlf.com
Email: schlauch@rlf.com

Cullen Drescher Speckhart, Esq.
Weiru Fang, Esq.
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Email: cspeckhart@cooley.com
Email: wfang@cooley.com

Michael A. Klein, Esq.
Evan Lazerowitz, Esq.
Joseph W. Brown, Esq.
Cooley LLP
55 Hudson Yards
New York, New York 10001
Email: mklein@cooley.com
Email: elazerowitz@cooley.com
Email: jbrown@cooley.com

Howard A. Cohen, Esq.
Stephanie Joanne Slater, Esq.
Fox Rothschild LLP
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Email: hcohen@foxrothschild.com
Email: sslater@foxrothschild.com

Gordon E. Gouveia, Esq.
Jeffrey L. Widman, Esq.
Fox Rothschild LLP
321 N. Clark Street, Suite 1600
Chicago, IL 60654
Email: ggouveia@foxrothschild.com
Email: jwidman@foxrothschild.com

*/s/Richard L. Schepacarter*
Richard L. Schepacarter
Trial Attorney