IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re:<br><br>ENJOY TECHNOLOGY, INC., *et al.*,[1]<br><br>    Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-10580 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 6, 75 & 78** <br> ) |

**CERTIFICATION OF COUNSEL REGARDING FINAL ORDER
(I) AUTHORIZING THE DEBTORS TO (A) CONTINUE TO OPERATE THEIR CASH
MANAGEMENT SYSTEM, (B) MAINTAIN EXISTING BUSINESS FORMS,
(C) CONTINUE TO USE THE CORPORATE CREDIT CARD PROGRAM,
(D) PERFORM INTERCOMPANY TRANSACTIONS IN THE ORDINARY COURSE
AND GRANT ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION
INTERCOMPANY CLAIMS, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On June 30, 2022, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, (C) Continue to Use the Corporate Credit Card Program, (D) Perform Intercompany Transactions in the Ordinary Course and Grant Administrative Expense Status for Postpetition Intercompany Claims, and (II) Granting Related Relief* [Docket No. 6] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On July 1, 2022, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, (C) Continue to Use the Corporate Credit Card Program, (D) Perform Intercompany*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

*Transactions in the Ordinary Course and Grant Administrative Expense Status For Postpetition Intercompany Claims, and (II) Granting Related Relief* [Docket No. 75] (the "Interim Order").

3. Pursuant to the Interim Order and the *Notice of (A) Entry of Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, (C) Continue to Use the Corporate Credit Card Program, (D) Perform Intercompany Transactions in the Ordinary Course and Grant Administrative Expense Status for Postpetition Intercompany Claims, and (II) Granting Related Relief; and (B) Final Hearing Thereon* [Docket No. 78], objections to the Motion were to be filed and served by no later than July 14, 2022 at 4:00 p.m. (ET) (the "Objection Deadline"). The Objection Deadline was extended to July 18, 2022 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors (the "Committee").

4. Prior to the Objection Deadline, the Debtors received informal comments (the "Comments") to the Motion from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and the Committee. The Comments were resolved by revising the original proposed order (the "Original Order"), and such revised order is attached hereto as **Exhibit A** (the "Revised Order").

5. The Revised Order has been circulated to the U.S. Trustee and the Committee, and the aforementioned parties do not object to the entry of the Revised Order. Other than the Comments, the Debtors received no other informal responses to the Motion, and no objection or responsive pleading to the Motion has appeared on the Court's docket in these chapter 11 cases. For the convenience of the Court and all parties in interest, a blackline of the Revised Order against the Original Order is attached hereto as **Exhibit B**.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

Dated: July 19, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi, Esq. (No. 2732)
Paul N. Heath, Esq. (No. 3704)
Brendan J. Schlauch, Esq. (No. 6115)
Sarah E. Silveira, Esq. (No. 6580)
James F. McCauley, Esq. (No. 6991)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:  defranceschi@rlf.com
         heath@rlf.com
         schlauch@rlf.com
         silveira@rlf.com
         mccauley@rlf.com

-and-

Cullen Drescher Speckhart, Esq.
Weiru Fang, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com
       wfang@cooley.com

-and-

        Michael A. Klein, Esq.
        Evan Lazerowitz, Esq.
        Joseph W. Brown, Esq.
        **COOLEY LLP**
        55 Hudson Yards
        New York, New York 10001
        Telephone: (212) 479-6000
        Facsimile:  (212) 479-6275
        Email:  mklein@cooley.com
                elazerowitz@cooley.com
                jbrown@cooley.com

*Proposed Counsel for the Debtors*