IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENJOY TECHNOLOGY, INC., *et al.*,[1]<br><br>Debtors. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-10580 (JKS) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) **Re: Docket No. 11, 12, 83, 85, 176 & 182** <br> ) |

**NOTICE OF FILING OF REVISED PROPOSED FINAL DIP ORDER
AND REVISED PROPOSED DIP CREDIT AGREEMENT**

PLEASE TAKE NOTICE that, on June 30, 2022, the above-captioned debtors (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Senior Secured Lender, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 11] (the "Motion")[2] with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on July 1, 2022, the Court entered the *Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Superpriority Administrative Expense Claims, (D) Granting Adequate Protection to the Prepetition Lender, (E) Modifying the Automatic*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

[2] Capitalized terms used but not defined herein shall have the meaning given to such terms in the Motion.

RLF1 27670356v.4

*Stay, and (F) Granting Related Relief* [Docket No. 83] (the "Interim Order") granting the relief requested by the Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE that, on July 22, 2022, the Debtors filed a proposed form of order granting the relief requested by the DIP Motion on a final basis (the "Proposed Final DIP Order"), along with a blackline comparing the Proposed Final DIP Order against the Interim DIP Order. *See* Docket No. 182. A proposed form of DIP credit agreement (the "Proposed DIP Credit Agreement") was attached to the Proposed Final DIP Order as **Exhibit 1** thereto.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a revised version of the Proposed Final DIP Order (the "Revised Proposed Final DIP Order"). A copy of the Revised Proposed Final DIP Order is attached hereto as **Exhibit A** and a revised version of the Proposed DIP Credit Agreement (the "Revised Proposed DIP Credit Agreement") is attached thereto as **Exhibit 1**. For the convenience of the Court and all parties-in-interest, attached hereto as **Exhibit B** are (i) a blackline comparison of the Revised Proposed Final DIP Order marked against the Proposed Final DIP Order and (ii) a blackline comparison of the Revised Proposed DIP Credit Agreement marked against the Proposed DIP Credit Agreement.

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the final relief requested by the Motion and entry of the Revised Proposed Final DIP Order will be held before The Honorable J. Kate Stickles at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **July 26, 2022 at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing").

[*Signature page follows*]

Dated: July 25, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi, Esq. (No. 2732)
Paul N. Heath, Esq. (No. 3704)
Brendan J. Schlauch, Esq. (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email:   defranceschi@rlf.com
           heath@rlf.com
           schlauch@rlf.com

-and-

Cullen Drescher Speckhart, Esq.
Weiru Fang, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com
        wfang@cooley.com

-and-

Michael A. Klein, Esq.
Evan Lazerowitz, Esq.
Joseph W. Brown, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
        elazerowitz@cooley.com
        jbrown@cooley.com

*Proposed Counsel for the Debtors*