# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) Case No. 22-10580 (JKS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 26, 2022 AT 11:00 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE.**

**YOU ARE INVITED TO A ZOOMGOV MEETING.**
**WHEN: JULY 26, 2022 AT 11:00 A.M. EASTERN TIME (US AND CANADA)**

**REGISTER IN ADVANCE FOR THIS MEETING:**

https://debuscourts.zoomgov.com/meeting/register/vJIscOuqqDIqHq0QbLMQkzM1pR9_t0xjUKQ

**AFTER REGISTERING, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE MEETING.**

**I.  CONTESTED MATTERS GOING FORWARD:**

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Senior Secured Lender, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 11 – filed June 30, 2022]

   Objection / Response Deadline:   July 14, 2022 at 4:00 p.m. (ET); extended for PMA Companies to July 15, 2022 at 5:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include:  Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (N/A); Enjoy Technology LLC (N/A).  The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

[2] **Amended agenda items appear in bold.**

    (ET); extended for the Committee to July 18, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A.     Combined Objection of the Official Committee of Unsecured Creditors to the (1) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Senior Secured Lender, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 11]; and (2) Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances; and (III) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [D.I. 86] [Docket No. 142 – filed July 18, 2022]

B.     Informal Comments from PMA Companies

Related Documents:

i.     Declaration of Marc D. Puntus in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Senior Secured Lender, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 12 – filed June 30, 2022]

ii.     Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash Collateral, (C) Granting Liens and Superpriority Administrative Expense Claims, (D) Granting Adequate Protection to the Prepetition Lender, and (E) Modifying the Automatic Stay, and (F) Granting Related Relief [Docket No. 83 – entered July 1, 2022]

iii.     Notice of (A) Entry of Interim Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Authorizing the Debtors to Use Cash

        Collateral, (C) Granting Liens and Superpriority Administrative Expense Claims, (D) Granting Adequate Protection to the Prepetition Lender, and (E) Modifying the Automatic Stay, and (F) Granting Related Relief; and (B) Final Hearing Thereon [Docket No. 85 – filed July 1, 2022]

    iv.    Debtors' Omnibus Reply in Support of (I) Bidding Procedures Motion, and (II) DIP Financing Motion [Docket No. 169 – filed July 21, 2022]

    v.    Notice of Filing of Proposed Form of DIP Credit Agreement [Docket No. 176 – filed July 21, 2022]

    vi.    Notice of Filing of Proposed Form of Final DIP Order [Docket No. 182 – filed July 22, 2022]

    vii.    **Notice of Filing of Revised Proposed Final DIP Order and Revised Proposed DIP Credit Agreement [Docket No. 193 – filed July 25, 2022]**

Witness Information:

The Debtors may offer the testimony by declaration, proffer, and/or live video testimony of the following individuals:

    a.    Marc D. Puntus – Partner and Co-Head of Debt Advisory and Restructuring Group, Centerview Partners LLC

    b.    John Boken – Managing Director, AlixPartners, LLP

The Official Committee of Unsecured Creditors **no longer intends to offer** the testimony by declaration, proffer, and/or live video testimony of the following individual:

    a.    Liz Park Hu – FTI Consulting, Inc.

Status: **The Debtors believe they have resolved the informal comments of the PMA Companies and the objection filed by the Official Committee of Unsecured Creditors.** The hearing on this matter is going forward.

2.    Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances; and (III) an Order

Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 86 – filed July 3, 2022]

Objection / Response Deadline:   July 15, 2022 at 4:00 p.m. (ET); extended for the Committee to July 18, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Objection of the United States Trustee to the Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts (D.I. 86) [Docket No. 137 – filed July 15, 2022]

B. Combined Objection of the Official Committee of Unsecured Creditors to the (1) Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Senior Secured Lender, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [D.I. 11]; and (2) Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances; and (III) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [D.I. 86] [Docket No. 142 – filed July 18, 2022]

Related Documents:

i. Motion of the Debtors for Entry of an Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [Docket No. 87 – filed July 3, 2022]

ii. Order Shortening the Notice and Objection Periods for the Debtors' Bidding Procedures Motion [Docket No. 91 – entered July 5, 2022]

iii. Notice of Motions and Hearing [Docket No. 94 – filed July 5, 2022]

iv. Notice of Rescheduled Hearing Regarding Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of all or Substantially all of the Debtors Assets Free and Clear of all Encumbrances; and (III) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 124 – filed July 13, 2022]

v. Debtors' Reply in Support of Bidding Procedures Motion [Docket No. 141 – filed July 18, 2022]

vi. Debtors' Omnibus Reply in Support of (I) Bidding Procedures Motion, and (II) DIP Financing Motion [Docket No. 169 – filed July 21, 2022]

vii. Notice of Filing Revised Order (I) (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) Granting Related Relief [Docket No. 177 – filed July 22, 2022]

viii. **Notice of Filing of Executed Stalking Horse Agreement [Docket No. 191 – filed July 25, 2022]**

ix. **Declaration of Marc D. Puntus in Support of Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement, and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of all Encumbrances; (III) an Order Approving the Assumption and**

5

>  **Assignment of the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 192 – filed July 25, 2022]**
>
> <u>Witness Information</u>:
>
> The Debtors may offer the testimony by declaration, proffer, and/or live video testimony of the following individuals:
>
> a.      Marc D. Puntus – Partner and Co-Head of Debt Advisory and Restructuring Group, Centerview Partners LLC
>
> b.      John Boken – Managing Director, AlixPartners, LLP
>
> The Official Committee of Unsecured Creditors **no longer intends to offer** the testimony by declaration, proffer, and/or live video testimony of the following individual:
>
> a.      Liz Park Hu – FTI Consulting, Inc.
>
> <u>Status</u>:     **The Debtors believe they have resolved the objection filed by the Official Committee of Unsecured Creditors.** The hearing on this matter is going forward.

| | |
|---|---|
| Dated: July 25, 2022<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Brendan J. Schlauch*<br>Daniel J. DeFranceschi, Esq. (No. 2732)<br>Paul N. Heath, Esq. (No. 3704)<br>Brendan J. Schlauch, Esq. (No. 6115)<br>James F. McCauley, Esq. (No. 6991)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:  defranceschi@rlf.com<br>            heath@rlf.com<br>            schlauch@rlf.com<br>            mccauley@rlf.com<br><br>-and-<br><br>Cullen Drescher Speckhart, Esq.<br>Weiru Fang, Esq.<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone:  (202) 842-7800<br>Facsimile:  (202) 842-7899<br>Email:  cspeckhart@cooley.com<br>            wfang@cooley.com<br><br>-and-<br><br>Michael A. Klein, Esq.<br>Evan Lazerowitz, Esq.<br>Joseph W. Brown, Esq.<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 479-6000<br>Facsimile:  (212) 479-6275<br>Email:  mklein@cooley.com<br>            elazerowitz@cooley.com<br>            jbrown@cooley.com<br><br>*Proposed Counsel for the Debtors* |