# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) ) ) | Case No. 22-10580 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtors' Estates Hold a Substantial or Controlling Interest**

This is the Periodic Report as of May 31, 2022[2] on the value, operations, and profitability of those entities in which a Debtor directly holds, or two or more Debtors collectively directly hold, a substantial or controlling interest (each, a "**Controlled Non-Debtor Entity**"), as required by rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). For purposes of this form, "Debtor" shall include the estate of such Debtor. Enjoy Technology, Inc. ("**Enjoy**") and its affiliate debtors (collectively, the "**Debtors**") hold a substantial or controlling interest in the following Controlled Non-Debtor Entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor |
|---|---|
| Enjoy (UK) Limited | 100% |
| Enjoy Technology Canada, Ltd. | 100% |

This *Periodic Report* contains reports (*Entity Reports)* on the value, operations, and profitability for each Controlled Non-Debtor Entity. Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available balance sheet, statement of income (loss), statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity any other Controlled Non-Debtor Entity.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (4543); Enjoy Technology LLC (0230). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

[2] As discussed herein, each Controlled Non-Debtor Entity has filed its respective liquidation proceeding. The information provided herein is the most recent information reasonably available to the Debtors.

*Exhibit D* describes how federal, state, or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment by the Controlled Non-Debtor Entity of any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

This Periodic Report must be signed by a representative of the trustee or debtor in possession.

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that to the best of his knowledge, information and belief, (i) the *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3.

Dated: July 26, 2022

                                                  */s/ Todd A. Zoha*
                                                  Todd A. Zoha
                                                  Proposed CFO
                                                  (Pending Bankruptcy Court approval)
                                                  Enjoy Technology, Inc.

## General Notes

### Description of the Chapter 11 Cases

On June 30, 2022 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code. The Court entered an order granting join administration pursuant to Bankruptcy Rule 1015(b). On July 11, 2022, the Office of the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors in these chapter 11 cases pursuant to section 1102 of the Bankruptcy Code. Additional information concerning these chapter 11 cases and court filings is available at the website maintained by the Debtors' claims and noticing agent: https://cases.stretto.com/EnjoyTechnology.

### Financial Statements Disclaimer

The accompanying financial information of the Controlled Non-Debtor Entities has been prepared solely for the purpose of complying with the periodic reporting requirements of the Bankruptcy Rules. The Periodic Report is limited in scope, covers a limited time period and the financial information contained herein was not audited or reviewed by independent accountants nor are they intended to reconcile to any financial statements otherwise prepared or distributed by the Debtors or any of the Controlled Non-Debtor Entities. Furthermore, because the Debtors' accounting systems, policies, and practices were developed with a view to producing consolidated financial reporting, rather than by legal entity, it is possible that not all the results of operations and/or the assets or liabilities have been recorded at the correct legal entity of either the applicable Debtor or a Controlled Non-Debtor Entity.

The information presented herein is subject to further review and potential adjustments, and has not been subject to all procedures that would typically be applied to financial information presented in accordance with Generally Accepted Accounting Principles in the United States of America ("**US GAAP**"), including, but not limited to, accruals, tax provision, and other recurring adjustments considered necessary by management to fairly state the financial position and results of operations for the period presented. Furthermore, there can be no assurance that, from the perspective of an investor or potential investor, that the reports contained herein are complete. Although management has made reasonable efforts to ensure that the financial information included herein is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information, and inadvertent errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors or Controlled Non-Debtor Entities, including the right to amend the information contained herein.

### Reservation of Rights

Nothing contained in this Periodic Report shall constitute a waiver of admission by the Debtors or the Controlled Non-Debtor Entities in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' or Controlled Non-Debtor Entities' rights or constitute

an admission with respect to these chapter 11 cases, their estates, including with respect to, among other things, matter involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of title 11 of the United States Code (the "**Bankruptcy Code**") and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. As part of their restructuring efforts, the Debtors are reviewing their assets and liabilities on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

**Basis of Presentation**

The financial statements and information contained herein have been derived from the books and records of the Debtors and Controlled Non-Debtor Entities and are presented on the same basis for each entity. The accompanying financial information does not include footnotes and certain financial presentations normally required by U.S. GAAP.

Unless otherwise indicated, the basis for all current values included in this Periodic Report was the net book value from relevant corporate books and records as of May 31, 2022, as indicated herein. The net book value may not reflect the current value of the respective assets. In particular, for amounts receivable by Controlled Non-Debtor Entities from entities who are Debtors in these proceedings, no consideration has been made as to whether the chapter 11 proceedings will result in the amount ultimately received being less than the amount stated in the financial information.

Given, among other things, the uncertainty surrounding the collection, ownership, and valuation of certain assets and the amount and nature of certain liabilities, to the extent that a Controlled Non-Debtor Entity shows more assets than liabilities, this is not an admission that the Controlled Non-Debtor Entity was solvent as of the Petition Date or at any time prior to the Petition Date, including for the period of any financial statements or other financial information included in this Periodic Report. Likewise, to the extent that a Controlled Non-Debtor Entity shows more liabilities than assets, this is not an admission that the Controlled Non-Debtor Entity was insolvent as of the Petition Date or at any time prior to the Petition Date, including for the period of any financial statements or other financial information included in this Periodic Report.

Debtors: *Enjoy Technology, Inc., et al.*,
Case No. 22-10580 (JKS)

**Exhibit A-1: Balance Sheet**

| In re: Enjoy Technology Inc. | Lead Case No: | 22-10580 |
|---|---|---|

*Balance Sheet for the Month Ended May 31, 2022 - (Unaudited)*

| USD Actual | Enjoy (UK) Limited | Enjoy Technology Canada, Ltd. |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | 2,175,720 | 827,365 |
| Accounts Receivable, Net | 298,705 | 0 |
| Prepaid Expenses | 54,585 | 13,344 |
| Intercompany Receivables | 1,677,938 | (1,715,949) |
| Other Current Assets | 1,522,219 | 805,522 |
| **Current Assets** | **$5,729,167** | **($69,718)** |
| Property, Plant & Equipment, Net | 3,818,293 | 1,772,546 |
| Other Assets | 7,993,455 | 5,272,195 |
| **Total Assets** | **$17,540,915** | **$6,975,023** |
| | | |
| **Liabilities & Shareholders' Equity** | | |
| Accounts Payable | 1,102,111 | 734,708 |
| Accrued Expenses | 2,522,918 | 891,756 |
| Taxes Payable | 1,552,255 | 192,153 |
| Other Current Liabilities | 2,995,547 | 1,311,131 |
| **Current Liabilities** | **$8,172,831** | **$3,129,748** |
| Non-Current Liabilities | 4,254,934 | 3,894,419 |
| **Total Liabilities** | **$12,427,765** | **$7,024,167** |
| Shareholders' Equity | 5,113,150 | (49,144) |
| **Total Liabilities & Shareholders' Equity** | **$17,540,915** | **$6,975,023** |

Debtors: *Enjoy Technology, Inc., et al.*,
Case No. 22-10580 (JKS)

## Exhibit A-2: Statement of Income (Loss)

| In re: Enjoy Technology Inc. | Lead Case No: | 22-10580 |
|---|---|---|

*Income Statement for the Five Months Ended May 31, 2022 - (Unaudited)*

| USD Actual | Enjoy (UK) Limited | Enjoy Technology Canada, Ltd. |
|---|---:|---:|
| **P&L** | | |
| Revenue | 6,071,774 | 2,810,058 |
| Cost of Goods Sold | (313,253) | (222,348) |
| **Gross Margin** | **$5,758,521** | **$2,587,710** |
| Compensation | (12,439,057) | (5,013,344) |
| Field Costs | (2,214,175) | (1,015,138) |
| Facilities & IT | (2,256,139) | (775,667) |
| General & Administrative | (686,962) | (134,179) |
| Staff Augmentation | 0 | (10,194) |
| Depreciation & Amortization | (572,098) | (140,037) |
| Other Income / (Expense) | (17,133) | (17,828) |
| Interest Expense | (23,550) | 0 |
| Intercompany Revenue | 8,000,202 | 2,180,407 |
| **Net Income** | **($4,450,390)** | **($2,338,270)** |

**Exhibit A-3: Statement of Cash Flows**

The Debtors have historically produced cash flow statements for the Debtors and Controlled Non-Debtor Entities on a consolidated basis at the end of each calendar quarter. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to produce stand-alone cash flow statements for each of the Controlled Non-Debtor Entities. Additionally, system and resource constraints would necessitate that the Debtors prepare these statements at the Controlled Non-Debtor Entity level manually, if they could be prepared at all. Therefore, these statements have been excluded from this filing.

Debtors: *Enjoy Technology, Inc., et al.*,
Case No. 22-10580 (JKS)

**Exhibit A-4: Statement of Changes in Shareholders' Equity (Deficit)**

The Debtors have historically produced Statement of Changes in Shareholders' Equity (Deficit) on a consolidated basis at the end of each calendar quarter. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to produce stand-alone Statements of Changes in Shareholders' Equity (Deficit) for each of the Controlled Non-Debtor Entities. Additionally, system and resource constraints would necessitate that the Debtors prepare these statements at the Controlled Non- Debtor Entity level manually if they could be prepared at all. Therefore, these statements have been excluded from this filing.

Debtors: *Enjoy Technology, Inc., et al.*,
Case No. 22-10580 (JKS)

**Exhibit B: Description of Operations for Non-Debtors**

| Name of Controlled Non-Debtor Entity | Description of Operations |
|---|---|
| Enjoy (UK) Limited | This Controlled Non-Debtor Entity served as the Debtors' United Kingdom operating company and handled all United Kingdom operations, employees, and contracts. |
| Enjoy Technology Canada, Ltd. | This Controlled Non-Debtor Entity served as the Debtors' Canadian operating company and handled all Canadian operations, employees, and contracts. |

More information regarding the Controlled Non-Debtors can be found in the *Declaration of John Boken in Support of the Chapter 11 Petitions and First Day Motions* [Docket No. 4].

As of the time of the filing of this report, both Non-Debtor Entities have commenced liquidation proceedings in their respective operating jurisdictions (collectively, the "**International Liquidation Proceedings**"). On June 30, 2022, Enjoy (UK) Limited filed for bankruptcy protection and is awaiting appointment of a liquidator to wind-down the business. On July 8, 2022, Enjoy Technology Canada, Ltd. filed for bankruptcy and a licensed insolvency trustee was appointed contemporaneously therewith.[2]

---

[2] The Enjoy Canada, Ltd. bankruptcy proceeding was filed in the District of Ontario, Division 09 – Toronto, Court No.: 31-2845861, Estate No.: 31-2845861.

Debtors: *Enjoy Technology, Inc., et al.*,
Case No. 22-10580 (JKS)

**Exhibit C: Description of Intercompany Claims**

Historically, the Debtors and the Controlled Non-Debtor Entities have engaged in a broad array of intercompany receivables and payables (the "**Intercompany Transactions**") in the ordinary course of their operations in accordance with the terms of a comprehensive suite of services agreements, license agreements, and related intercompany agreements.

A summary of those balances which are owed by and due to the Debtors for the month ended May 31, 2022 (which tie to the line "Intercompany Receivables" on Exhibit A-1) are as follows:

In re: Enjoy Technology Inc.  Lead Case No:  22-10580
*Intercompany Receivable for the month ended May 31, 2022 (Unaudited)*

| USD Actual | Enjoy (UK) Limited | Enjoy Technology Canada, Ltd. |
|---|---|---|
| **Intercompany Receivables** | 1,677,938 | (1,715,949) |

In the ordinary course of business, the operation of the Debtors' cash management system results in Intercompany Transactions. At any given time, as a result of the Intercompany Transactions, there may be claims owing by a Debtor or affiliate to Enjoy, or claims owing from Enjoy to the Controlled Non-Debtor Entities (collectively, the "**Intercompany Claims**"). These Intercompany Transactions occur as part of the ordinary course operation of the cash management system in connection with the receipt and disbursement of funds. The Debtors maintain strict records of the Intercompany Claims and can ascertain, trace, and account for all Intercompany Transactions. The Debtors will continue to maintain such records, including records of all current intercompany accounts receivable and payable.

Additional information regarding the Debtors' Intercompany Transactions are set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, (C) Continue to Use the Corporate Credit Card Program, (D) Perform Intercompany Transactions in the Ordinary Course and Grant Administrative Expense Status for Postpetition Intercompany Claims, and (II) Granting Related Relief* [Docket No. 6].

**Exhibit D: Allocation of Tax Liabilities and Assets**

Not applicable. There are no tax allocation agreements to which the Controlled Non-Debtor Entities are a party.