**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) | Case No. 22-10580 (JKS) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 12, 2022 AT 10:00 A.M. (ET)**

**THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**

**PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:**

**https://debuscourts.zoomgov.com/meeting/register/vJIscOigqzsqGv0fClS0cXe5NXsZPXihUTc**

**ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

## I. RESOLVED MATTERS:

1. Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 116 – filed July 12, 2022]

   Objection / Response Deadline: July 26, 2022 at 4:00 p.m. (ET)

   Objections / Responses Received: None.

   Related Documents:

   i. Certification of No Objection Regarding Application of Debtors for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 205 – filed July 27, 2022]

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: Enjoy Technology, Inc. (6891); Enjoy Technology Operating Corp. (N/A); Enjoy Technology LLC (N/A). The location of the Debtors' service address in these chapter 11 cases is 3240 Hillview Avenue, Palo Alto, CA 94304.

  ii. Order Appointing Stretto, Inc. as Administrative Advisor Effective as of the Petition Date [Docket No. 233 – entered August 1, 2022]

Status: On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Debtors' Application to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1 Effective as of the Petition Date [Docket No. 117 – filed July 12, 2022]

Objection / Response Deadline: July 26, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

Related Documents:

i. Certification of Counsel Regarding Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 206 – filed July 27, 2022]

ii. Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Counsel Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016 and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 234 – entered August 1, 2022]

Status: On August 1, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 119 – filed July 12, 2022]

Objection / Response Deadline: July 26, 2022 at 4:00 p.m. (ET); extended for the Official Committee of Unsecured Creditors (the "UCC") to August 1, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to August 4, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Objection of the United States Trustee to the Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 (D.I. 119) [Docket No. 250 – filed August 3, 2022]

B. Informal comments from the UCC

Related Documents:

i. Supplemental Declaration of Marc Puntus in Support of Debtors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 254 – filed August 4, 2022]

ii. Certification of Counsel Regarding Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 255 – filed August 4, 2022]

iii. Order (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 281 – entered August 9, 2022]

Status: On August 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Amended Motion of Debtors for Entry of an Order Authorizing the (I) Employment and Retention of AP Services, LLC, (II) Designation of Todd Zoha as Chief Financial Officer Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 125 – filed July 13, 2022]

Objection / Response Deadline:    July 26, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to August 1, 2022

Objections / Responses Received:

A. Informal comments from the U.S. Trustee

Related Documents:

i. Motion of Debtors for Entry of an Order Authorizing the (I) Employment and Retention of AP Services, LLC, (II) Designation of Todd Zoha as Chief Financial Officer Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 118 – filed July 12, 2022]

ii. Supplemental Declaration of Todd Zoha of AP Services, LLC [Docket No. 210 – filed July 28, 2022]

iii. Certification of Counsel Regarding Order Authorizing Debtors to (I) Employ and Retain AP Services, LLC, (II) Designate Todd Zoha as Chief Financial Officer Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 212 – filed July 28, 2022]

iv. Order Authorizing Debtors to (I) Employ and Retain AP Services, LLC, (II) Designate Todd Zoha as Chief Financial Officer Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 241 – entered August 2, 2022]

Status: On August 2, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5. Motion of Debtors for Entry of an Order (I) Authorizing Rejection of the Rogers Agreements Effective as of July 15, 2022 and (II) Granting Related Relief [Docket No. 138 – filed July 15, 2022]

Objection / Response Deadline: July 29, 2022 at 4:00 p.m. (ET)

Objections / Responses Received: None.

Related Documents:

i. Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Authorizing Rejection of the Rogers Agreements Effective as of July 15, 2022 and (II) Granting Related Relief [Docket No. 239 – filed August 1, 2022]

ii. Order Granting the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Reject the Rogers Agreements Effective as of July 15, 2022 and (II) Granting Related Relief [Docket No. 240 – entered August 2, 2022]

Status: On August 2, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6. Motion of the Official Committee of Unsecured Creditors for Entry of an Order Establishing Protocols for (A) the Dissemination of Information by the

Committee and (B) Protecting Confidential and Privileged Information Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code [Docket No. 157 – filed July 19, 2022]

Objection / Response Deadline:    August 2, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i. Certification of No Objection Regarding the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Establishing Protocols for (A) the Dissemination of Information By the Committee and (B) Protecting Confidential and Privileged Information Pursuant to Sections 105(a), 107(b) and 1102(b)(3)(A) of the Bankruptcy Code [Docket No. 263 – filed August 8, 2022]

ii. Order Approving Creditor Information Protocols Under Section 1102 of the Bankruptcy Code [Docket No. 282 – entered August 9, 2022]

Status: On August 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7. Motion of Debtors for Entry of an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business Effective as of the Petition Date [Docket No. 180 – filed July 22, 2022]

Objection / Response Deadline:    August 5, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments from the UCC

Related Documents:

i. Certification of Counsel Regarding Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business Effective as of the Petition Date [Docket No. 268 – filed August 8, 2022]

ii. Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Course of Business Effective as of the Petition Date [Docket No. 283 – entered August 9, 2022]

Status: On August 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

8. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Counsel for the Debtors Effective as of the Petition Date [Docket No. 184 – filed July 22, 2022]

Objection / Response Deadline: August 5, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments from the U.S. Trustee

Related Documents:

i. Supplemental Declaration of Cullen D. Speckhart in Support of the Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Cooley LLP as Counsel for the Debtors Effective as of the Petition Date [Docket No. 259 – filed August 4, 2022]

ii. Certification of Counsel Regarding Order Authorizing the Employment and Retention of Cooley as Counsel for the Debtors Effective as of the Petition Date [Docket No. 280 – filed August 9, 2022]

iii. Order Authorizing the Employment and Retention of Cooley as Counsel for the Debtors Effective as of the Petition Date [Docket No. 285 – entered August 9, 2022]

Status: On August 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

9. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Special Counsel to the Investigation Subcommittee of the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc. *Nunc Pro Tunc* to the Petition Date [Docket No. 185 – filed July 22, 2022]

Objection / Response Deadline: August 5, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Informal comments from the U.S. Trustee

Related Documents:

i. First Supplemental Declaration of Ryan Preston Dahl in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Ropes & Gray LLP as Special Counsel to the Investigation Subcommittee of the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc. *Nunc Pro Tunc* to the Petition Date [Docket No. 252 – filed August 3, 2022]

  ii. Certification of Counsel Regarding Order Authorizing the Retention and Employment of Ropes & Gray LLP as Special Committee to the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc. *Nunc Pro Tunc* to the Petition Date [Docket No. 269 – filed August 8, 2022]

  iii. Order Authorizing the Retention and Employment of Ropes & Gray LLP as Special Counsel to the Investigation Subcommittee of the Strategic Review Committee of the Board of Directors of Enjoy Technology, Inc. *Nunc Pro Tunc* to the Petition Date [Docket No. 284 – entered August 9, 2022]

 Status: On August 9, 2022, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

## II. ADJOURNED MATTERS:

10. Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Code Section 363 Authorizing Debtors to Pay Fees and Expenses of Weil, Gotshal & Manges LLP as Counsel to Certain Non-Management Directors of Enjoy Technology, Inc. [Docket No. 120 – filed July 12, 2022]

 Objection / Response Deadline: July 26, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee and the UCC to August 1, 2022 at 4:00 p.m. (ET)

 Objections / Responses Received:

  A. Objection of the United States Trustee to the Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Code Section 363 Authorizing Debtors to Pay Fees and Expenses of Weil, Gotshal & Manges LLP as Counsel to Certain Non-Management Directors of Enjoy Technology, Inc. [Docket No. 235 – filed August 1, 2022]

 Related Documents: None.

 Status: The hearing on this matter has been continued to the omnibus hearing scheduled for September 22, 2022 at 1:00 p.m. (ET).

11. Debtors' Motion for Entry of an Order (I) Establishing Notice and Objection Procedures for Transfers of Equity Securities, (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates, and (III) Granting Related Relief [Docket No. 181 – filed July 22, 2022]

 Objection / Response Deadline: August 5, 2022 at 4:00 p.m. (ET); extended for the U.S. Trustee to a date to be determined

Objections / Responses Received:

A. Informal comments from the U.S. Trustee

Related Documents: None.

Status: The hearing on this matter has been continued to a date to be determined.

## III. MATTERS GOING FORWARD:

12. Debtors' Application for an Order (I) Authorizing the Retention and Employment of PricewaterhouseCoopers LLP as Audit Services Provider to the Debtors Effective as of June 30, 2022 and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2 [Docket No. 183 – filed July 22, 2022]

Objection / Response Deadline: August 5, 2022 at 4:00 p.m. (ET); extended for the UCC to August 9, 2022 at 10:00 a.m. (ET)

Objections / Responses Received:

A. Informal comments from the U.S. Trustee

B. Informal comments from the UCC

Related Documents:

Status: The Debtors believe they have resolved the informal comments of the UCC and U.S. Trustee and intend to submit a revised order under certification of counsel prior to the hearing.

13. Motion of Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Notice Thereof [Docket No. 224 – filed July 29, 2022]

Objection / Response Deadline: August 5, 2022 at 4:00 p.m. (ET)

Objections / Responses Received:

A. Modification requested by the Court

Related Documents:

i. Certificate of No Objection Regarding Motion of Debtors for Entry of an Order (I) Establishing Deadlines for Filing Proofs of Claim and (II) Approving the Form and Manner of Noticed Thereof [Docket No. 267 – filed August 8, 2022]

Status: The Debtors intend to submit a revised order reflecting the Court's requested modification under certification of counsel prior to the hearing.

14. Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement; and (B) Authorizing the Sale of all or Substantially all of the Debtors' Assets Free and Clear of all Encumbrances; and (III) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 86 – filed July 3, 2022]

Sale Objection Deadline: August 2, 2022 at 4:00 p.m. (ET); extended for Pennsylvania Manufacturers' Association Insurance Company to August 3, 2022 at 4:00 p.m. (ET); extended for Bexar County, Harris County and Tarrant County to August 4, 2022 at 4:00 p.m. (ET)

Sale Objections Received:

A. Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice Of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 244 – filed August 2, 2022]

Status: The hearing on this objection is going forward. The Debtors are working to resolve the sale-related objection of this party.

B. Pennsylvania Manufacturers' Association Insurance Company Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 251 – filed August 3, 2022]

Status: The hearing on this objection is going forward.  The Debtors are working to resolve the sale-related objection of this party.

C. Informal comments from Bexar County, Harris County and Tarrant County

Status: The informal comments have been resolved.

Adequate Assurance Objection Deadline:    August 11, 2022 at 4:00 p.m. (ET); extended for Slack Technologies, Inc., Tableau Software, Inc., and Salesforce.com, Inc. (collectively, "Salesforce") to August 16, 2022 at 10:00 a.m. (ET)

Adequate Assurance Objections Received:

A. Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice Of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 244 – filed August 2, 2022]

B. Pennsylvania Manufacturers' Association Insurance Company Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 251 – filed August 3, 2022]

C. Boca Industrial Park, Ltd.'s Notice of Assumption/Assignment Objection [Not Yet Docketed – August 9, 2022]

D. Informal comments from Salesforce

E. Informal comments from Arjons Industrial Park, LLC

F. Informal comments from DG Industrial Portfolio I Property Owner, L.P.

G.     Informal comments from Kelly-Gordon Company, Inc.

Adequate Assurance Status:     All unresolved adequate assurance objections will be heard at the hearing scheduled for August 19, 2022 at 10:00 a.m. (ET).

Cure Objection Deadline:     August 12, 2022 at 4:00 p.m. (ET); extended for Kelly-Gordon Company, Inc. to August 15, 2022 at 10:00 a.m. (ET); extended for Salesforce to August 16, 2022 at 10:00 a.m. (ET)

Cure Objections Received:

A.     Oracle's Limited Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice Of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 244 – filed August 2, 2022]

B.     Pennsylvania Manufacturers' Association Insurance Company Objection to and Reservation of Rights Regarding: (1) Debtors' Motion for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement; and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; and (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 251 – filed August 3, 2022]

C.     Boca Industrial Park, Ltd.'s Notice of Assumption/Assignment Objection [Not Yet Docketed – August 9, 2022]

D.     Informal comments from Samsara Networks Inc. and Samsara Inc.

E.     Informal comments from Kronos, Inc. a UKG Company

F.     Informal comments from Concur Technologies, Inc.

G.     Informal comments from Salesforce

H.     Informal comments from Tappan Properties Limited Partnership

I.     Informal comments from Arjons Industrial Park, LLC

J. Informal comments from Atlantic Oliver Ballardvale LLC

K. Informal comments from Columbia Texas Gessner Industrial, LLC

L. Informal comments from DG Industrial Portfolio I Property Owner, L.P.

M. Informal comments from Kelly-Gordon Company, Inc.

N. Informal comments from Aetna

O. Informal comments from Secure Talent, Inc. d/b/a Eastridge Workforce Management

P. Informal comments from TEG Staffing, Inc dba Eastridge Workforce Recruitment

Q. Informal comments from Vetty, Inc.

R. Informal comments from Eastridge Workforce Management Canada

Cure Objection Status: All unresolved cure objections will be heard at the hearing scheduled for August 19, 2022 at 10:00 a.m. (ET).

Related Documents:

i. Notice of Filing of Executed Stalking Horse Agreement [Docket No. 191 – filed July 25, 2022]

ii. Declaration of Marc D. Puntus in Support of Motion of Debtors for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts; and (II) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement, and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of all Encumbrances; (III) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (IV) Granting Related Relief [Docket No. 192 – filed July 25, 2022]

iii. Order (I) (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtors Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, and (D) Scheduling a Hearing to

    Approve Assumption and Assignment of the Assumed Contracts; and (II) Granting Related Relief [Docket No. 199 – entered July 26, 2022]

iv. Notice of Auction and Sale Hearing [Docket No. 201 – filed July 26, 2022]

v. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 228 – filed July 29, 2022]

vi. Notice of Filing of Proposed Form of Order (I) Authorizing the Sale of Certain Assets of the Debtors to Asurion, LLC Free and Clear of All Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (III) Granting Related Relief [Docket No. 229 – filed July 29, 2022]

vii. Notice of Filing of Amendment to Stalking Horse Agreement [Docket No. 248 – filed August 2, 2022]

viii. Notice of (I) Cancellation of Auction and (II) Designation of Successful Bidder [Docket No. 266 – filed August 8, 2022]

ix. Debtors' Omnibus Reply in Support of (1) Motion of Debtors for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement, and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 291 – filed August 10, 2022]

x. Motion of Debtors for Leave to File Debtors' Omnibus Reply in Support of (1) Motion of Debtors for Entry of (I) an Order (A) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement, and (B) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances; (II) an Order Approving the Assumption and Assignment of the Assumed Contracts; and (III) Granting Related Relief; and (2) Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Docket No. 292 – filed August 10, 2022]

Witness Information:

The Debtors may offer the testimony by declaration, proffer, and/or live video testimony of the following individuals:

a. Marc D. Puntus – Partner and Co-Head of Debt Advisory and Restructuring Group, Centerview Partners LLC

b. John Boken – Managing Director, AlixPartners, LLP

Status:   The hearing on this matter is going forward. The Debtors are working to resolve the sale-related objections of the responding parties. All unresolved adequate assurance and cure objections will be heard at the hearing scheduled for August 19, 2022 at 10:00 a.m. (ET).

Dated: August 10, 2022
Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi, Esq. (No. 2732)
Paul N. Heath, Esq. (No. 3704)
Brendan J. Schlauch, Esq. (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
heath@rlf.com
schlauch@rlf.com

-and-

Cullen Drescher Speckhart, Esq.
Weiru Fang, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: cspeckhart@cooley.com
wfang@cooley.com

-and-

Michael A. Klein, Esq.
Evan Lazerowitz, Esq.
Joseph W. Brown, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: mklein@cooley.com
elazerowitz@cooley.com
jbrown@cooley.com

*Counsel for the Debtors*