IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENJOY TECHNOLOGY, INC., *et al.*,[1] | ) Case No. 22-10580 (JKS) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket Nos. 86, 191, 199, 201, 229, 248 & 266** |

**NOTICE OF FILING OF REVISED PROPOSED FORM OF ORDER
(I) AUTHORIZING THE SALE OF CERTAIN ASSETS OF THE DEBTORS TO
ASURION, LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND
ENCUMBRANCES, (II) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT
OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES IN
CONNECTION THEREWITH, AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On July 26, 2022, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [Docket No. 199] (the "Bid Procedures Order")[2] that, among other things, (a) scheduled an auction (the "Auction") for the sale of the Debtors' assets (the "Assets") on or about August 9, 2022, and a hearing to approve the sale (the "Sale") of the Assets (the "Sale Hearing") on or about August 12, 2022, (b) approved procedures (the "Bidding Procedures") for submitting competing bids for the Assets, (c) subject to final Court approval at the Sale Hearing, authorized and approved the Debtors to enter into and perform under the Stalking Horse Agreement, as applicable, subject to higher or otherwise better offers submitted in accordance with the Bidding Procedures, (d) approved the form and manner of the notice of the Auction and the Sale

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are Enjoy Technology, Inc. (6891), Enjoy Technology Operating Corp. (4543), and Enjoy Technology LLC (0230). The Debtors' headquarters are located at 3240 Hillview Avenue, Palo Alto, CA 94304.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed in the Bid Procedures Order, or the Bidding Procedures (as defined herein), as applicable.

Hearing, (e) established procedures for the assumption and assignment of the Assumed Contracts to any purchaser(s) of the Assets and approved manner of notice thereof, and (f) scheduled a hearing to approve assumption and assignment of the Assumed Contracts, payment of cure (if any), and/or resolve any objections thereto.

2. On July 25, 2022, the Debtors entered into the Stalking Horse Agreement with Asurion, LLC (the "Stalking Horse Bidder"), and on August 1, 2022, the Debtors and the Stalking Horse Bidder entered into an amendment to the Stalking Horse Agreement. *See* Dockets Nos. 191 & 248.

3. In accordance with the Bidding Procedures Order, on July 29, 2022, the Debtors filed a proposed form of order approving the Sale of the Assets to the Successful Bidder (the "Proposed Sale Order"). *See* Docket No. 229.

4. On August 8, 2022, the Debtors filed the *Notice of (I) Cancelation of Auction and (II) Designation of Successful Bidder* [Docket No. 266] canceling the Auction and designating the Stalking Horse Bidder (or its designee as permitted under the Stalking Horse Agreement) as the Successful Bidder.

5. The Debtors hereby file a revised version of the Proposed Sale Order (the "Revised Sale Order"), a copy of which is attached hereto as **Exhibit A**. For the convenience of the Court and all parties in interest, a blackline of the Revised Sale Order against the Proposed Sale Order is attached hereto as **Exhibit B**.

6. The Revised Sale Order attaches as Exhibit 2 the current Assumed Contracts Exhibit (as defined in the Revised Sale Order), which lists those executory contracts and leases that are to be assumed and assigned to the Successful Bidder. Pursuant to the Revised Sale Order, the Assumed Contracts Exhibit may be modified at any time that is three calendar days prior to

the date of closing of the Sale upon the Successful Bidder's delivery of written notice to the Debtors, to add or remove certain contracts or leases pursuant to the terms of the Stalking Horse Agreement.

7. As previously noticed, the Sale Hearing to consider approval of the Sale of the Assets to Asurion, free and clear of all liens, claims and encumbrances, will be held before The Honorable J. Kate Stickles at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **August 12, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

8. The Debtors reserve all rights to make further modifications to the Revised Sale Order prior to or at the Sale Hearing. To the extent that modifications are made to the Revised Sale Order prior to the Sale Hearing, the Debtors will present a blackline showing such changes to the Court either at or before the Sale Hearing.

Dated: August 11, 2022
       Wilmington, Delaware

Respectfully submitted,

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi, Esq. (No. 2732)
Paul N. Heath, Esq. (No. 3704)
Brendan J. Schlauch, Esq. (No. 6115)
Sarah E. Silveira, Esq. (No. 6580)
James F. McCauley, Esq. (No. 6991)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:   defranceschi@rlf.com
        heath@rlf.com
        schlauch@rlf.com
        silveira@rlf.com
        mccauley@rlf.com
-and-

Cullen Drescher Speckhart, Esq.
Weiru Fang, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone:  (202) 842-7800
Facsimile:  (202) 842-7899
Email:  cspeckhart@cooley.com
            wfang@cooley.com

-and-

Michael A. Klein, Esq.
Evan Lazerowitz, Esq.
Joseph W. Brown, Esq.
**COOLEY LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275
Email:  mklein@cooley.com
            elazerowitz@cooley.com
            jbrown@cooley.com

*Counsel for the Debtors*